# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 12-2662 MMC | Spatz, et al. v. Facebook, Inc., et al. |
| C 12-2666 MMC | Offner v. Facebook, Inc., et al. |
| C 12-2680 MMC | Chang, et al. v. Facebook, Inc., et al. |
| C 12-2815 MMC | Gregory v. Facebook, Inc., et al. |
| C 12-3195 MMC | Lapin v. Facebook, Inc., et al. |
| C 12-3196 MMC | DeMois. Jr. v. Facebook, Inc. et al. |
| C 12-3199 MMC | Lazar v. Facebook, Inc., et al. |
| C 12-3200 MMC | Shierry v. Facebook, Inc., et al. |
| C 12-3201 MMC | Cuker, et al. v. Facebook, Inc., et al. |
| C 12-3202 MMC | Lieber v. Facebook, Inc., et al. |
| C 12-3203 MMC | Stokes v. Facebook, Inc., et al. |
| C 12-3212 MMC | Ahrendtsen, et al. v. Facebook, Inc., et al. |
| C 12-3353 MMC | Hicks, et al. v. Facebook, Inc., et al. |
| C 12-3366 MMC | Hubuschman v. Zuckerberg, et al. |
| C 12-3367 MMC | Cole v. Zuckerberg, et al. |
| C 12-3418 MMC | Nelson v. Facebook, Inc., et al. |
| | |
| C 12-3498 MEJ | Chi v. Zuckerberg, et al. |
| C 12-3642 PJH | Levy v. Facebook, Inc., et al. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed cases, I find that the above-titled cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Counsel are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number. Any case management

conference in the reassigned cases will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**:  July 19, 2012

_____
MAXINE M. CHESNEY
United States District Judge