MOTLEY RICE LLP
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

MOTLEY RICE LLC
Joseph F. Rice
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

[*Proposed*] *Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*--caption continued on next page--*

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | | |
|---|---|---|
| 1 | MICHAEL SPATZ and SANJAY ISRANI, on behalf of themselves and all others similarly situated, | ) Civil Action No. 3:12cv02662-MMC ) ) **CLASS ACTION** |
| 2 | | ) |
| 3 | | ) |
| 4 | Plaintiff, | ) **RULE 7.1 DISCLOSURE** ) **STATEMENT OF MOVANT KBC** |
| 5 | v. | ) **ASSET MANAGEMENT NV** ) |
| 6 | FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 15 | Defendants. | ) ) |
| 16 | | ) |

17  --*caption continued on next page*--

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | | |
|---|---|---|
| 1 | JEFF OFFNER, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:12cv02666-MMC |
| 2 | | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | ) FACEBOOK, INC., MARK ZUCKERBERG, ) DAVID A. EBERSMAN, DAVID M. ) SPILLANE, MARC L. ANDREESSEN, ) ERSKINE B. BOWLES, JAMES W. BRYER, ) DONALD E. GRAHAM, REED HASTINGS, ) PETER A. THIEL, MORGAN STANDLEY & ) CO. LLC, J.P. MORGAN SECURITIES LLC, ) GOLDMAN, SACHS & CO., MERRILL ) LYNCH PIERCE, FENNER & SMITH ) INCORPORATED, and BARCLAYS ) CAPITAL INC., ) ) Defendants. ) ) | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | JAMES CHANG and SAMEER ANSARI, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:12cv02680-MMC |
| 15 | | |
| 16 | Plaintiffs, ) ) | |
| 17 | v. ) ) | |
| 18 | ) FACEBOOK, INC., MARK ZUCKERBERG, ) DAVID A. EBERSMAN, DAVID M. ) SPILLANE, MARC L. ANDREESSEN, ) ERSKINE B. BOWLES, JAMES W. ) BREYER, DONALD E. GRAHAM, REED ) HASTINGS, PETER A. THIEL, MORGAN ) STANLEY & CO. LLC, J.P. MORGAN ) SECURITIES LLC, GOLDMAN, SACHS & ) CO., MERRILL LYNCH, PIERCE, FENNER ) & SMITH INCORPORATED and ) BARCLAYS CAPITAL INC., ) ) Defendants. ) ) | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | --*caption continued on next page*-- | |

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| JOHN GREGORY, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.; MARK ZUCKERBERG; DAVID A. EBERSMAN; SHERYL K. SANDBERG; DAVID M. SPILLANE; MARC L. ANDREESEN; ERSKINE B. BOWLES; JAMES W. BREYER; DONALD E. GRAHAM; REED HASTINGS; PETER A. THIEL; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; and BARCLAYS CAPITAL INC.,<br><br>  Defendants. | Civil Action No. 5:12cv02815-MMC |
| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONADL E. GRAHAM, REED HASTINGS, PETER A. THIEL, AND MORGAN STANLEY & CO. LLC.,<br><br>  Defendants. | Civil Action No. 5:12cv03196-MMC |

--caption continued on next page--

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| MATTHEW PILGRIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARTKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., AND WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Civil Action No. 3:12cv03197-MMC |

--*caption continued on next page*--

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 4:12cv03195-MMC )  )  ) |
| Plaintiff, | )  ) |
| v. | )  )  ) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILLY LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  ) |
| Defendants. | )  )  ) |

--*caption continued on next page*--

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| THOMAS J. AHRENDTSEN, and AARON M. LEVINE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY 7 CO, LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL, INC.,<br><br>Defendants. | Civil Action No. 3:12cv03212-MMC |

--*caption continued on next page*--

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| DARRYL LAZAR, Individually and On Behalf of All Others Similarly Situated ) ) ) Plaintiff, ) ) v. ) ) FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STNALEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBRET & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., ) ) ) Defendants. ) ) | Civil Action No. 3:12cv03199-MMC |

*--caption continued on next page--*

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| ELBITA ALFONSO, on behalf of herself and all others similarly situated,  )<br>)   Civil Action No. 4:12cv03198-MMC<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,  )<br>)<br>Defendants.  )<br>) | |

*--caption continued on next page--*

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | | |
|---|---|---|
| 1 | MICHAEL LIEBER, individually, and on behalf of other members of the general public similarly situated, | ) ) Civil Action No. 3:12cv03202-MMC |
| 2 | | ) ) |
| 3 | Plaintiff, | ) ) |
| 4 | v. | ) ) |
| 5 | FACEBOOK, INC.; MARK ZUCKERBURG (sic); DONALD E. GRAHAM; DAVID A. EBERSMAN; JAMES W. BREYER; DAVID M. SPILLANE; PETER A. THIEL; MARC L. ANDREESSEN; REED HASTINGS; ERSKINE B. BOWLES; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO; MERRILL LYNCH; E*TRADE SECURITIES LLC; OPPENHEIMER & CO., INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; PIERCE, FENNER & SMITH INCORPORATED; ALLEN & FACEBOOK (sic) LLC; DEUTSCHE BANK SECURITIES INC.; RBC CAPITAL MARKETS, LLC; MURIEL SIEBERT & CO., INC.; CABRERA CAPITAL MARKETS, LLC; BMO CAPITAL MARKETS CORP.; CASTLEOAK SECURITIES, L.P.; LAZARD CAPITAL MARKETS LLC; PACIFIC CREST SECURITIES LLC; LOOP CAPITAL MARKETS LLC; ITAU BBA USA SECURITIES , INC.; WILLIAM BLAIR & FACEBOOK (sic), L.L.C.; BLAYLOCK ROBERT VAN LLC; LEBENTHAL & CO. LLC; M.R. BEAL & FACEBOOK (sic); MACQUARIE CAPITAL (USA) INC.; PIPER JAFFRAY & CO.; COWEN AND FACEBOOK (sic), LLC; RAYMOND JAMES & ASSOCIATES, INC.; STIFEL, NICOLAUS & FACEBOOK (sic), INCORPORATED; C.L. KING & ASSOCIATES, INC.; SAMUEL A. RAMIREZ & FACEBOOK (sic), INC.; COWEN & FACEBOOK (sic), LLC; THE WILLIAMS CAPITAL GROUP, L.P.; and Does 1 through 100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | ) ) *--caption continued on next page--* |
| 28 | | |

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., )<br><br>Defendants. ) | Civil Action No. 3:12cv03203-MMC<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*--caption continued on next page--* |

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | | |
|---|---|---|
| 1 | KAREN CUKER and BRIAN GRALNICK, ) | Civil Action No. 4:12cv03201-MMC |
| 2 | Individually and On Behalf of All Others ) Similarly Situated, ) | |
| 3 | ) Plaintiff, ) | |
| 4 | ) v. ) | |
| 5 | ) FACEBOOK, INC., MARK ZUCKERBERG, ) | |
| 6 | DAVID A. EBERSMAN, DAVID M. ) SPILLANE, MARC L. ANDREESSEN, ) | |
| 7 | ERSKINE B. BOWLES, JAMES W. ) BREYER, DONALD E. GRAHAM, REED ) | |
| 8 | HASTINGS, PETER A. THIEL, MORGAN ) STANLEY & CO. LLC, J.P. MORGAN ) | |
| 9 | SECURITIES LLC, GOLDMAN, SACHS & ) CO., MERRILL LYNCH, PIERCE, FENNER ) | |
| 10 | & SMITH INCORPORATED, BARCLAYS ) CAPITAL INC., ALLEN & COMPANY LLC, ) | |
| 11 | CITIGROUP GLOBAL MARKETS INC., ) CREDIT SUISSE SECURITIES (USA) LLC, ) | |
| 12 | DEUTSCHE BANK SECURITIES INC., RBC ) CAPITAL MARKETS, LLC, WELLS ) | |
| 13 | FARGO SECURITIES, LLC, BLAYLOCK ) ROBERT VAN LLC, BMO CAPITAL ) | |
| 14 | MARKETS CORP., C.L. KING & ) ASSOCIATES, INC., CABRERA CAPITAL ) | |
| 15 | MARKETS, LLC, CASTLEOAK ) SECURITIES, L.P., COWEN AND ) | |
| 16 | COMPANY, LLC., E*TRADE SECURITIES ) LLC, ITAÚ BBA USA SECURITIES, INC., ) | |
| 17 | LAZARD CAPITAL MARKETS LLC, ) LEBENTHAL & CO., LLC, LOOP CAPITAL ) | |
| 18 | MARKETS LLC, M.R. BEAL & COMPANY, ) MACQUARIE CAPITAL (USA) INC., ) | |
| 19 | MURIEL SIEBERT & CO., INC., ) OPPENHEIMER & CO. INC., PACIFIC ) | |
| 20 | CREST SECURITIES LLC, PIPER JAFFRAY ) & CO., RAYMOND JAMES & ) | |
| 21 | ASSOCIATES, INC., SAMUEL A. ) RAMIREZ & COMPANY, INC., STIFEL, ) | |
| 22 | NICOLAUS & COMPANY, ) INCORPORATED, THE WILLIAMS ) | |
| 23 | CAPITAL GROUP, L.P., and WILLIAM ) BLAIR & COMPANY, L.L.C., ) | |
| 24 | ) | |
| 25 | Defendants. ) ) | --*caption continued on next page*-- |

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated, | ) ) Civil Action No. 3:12cv03200-MMC |
| Plaintiff, | ) ) |
| v. | ) ) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

*--caption continued on next page--*

Rule 7.1 Disclosure Statement of
 Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| KEVEN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Civil Action No. 3:12cv03353-MMC |
| THOMAS E NELSON, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERS MAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, RSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC.,<br><br>Defendants. | Civil Action No. 4:12cv03418-MMC |

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Movant KBC Asset Management NV ("KBC") certifies as follows:

1. KBC is wholly owned by KBC Group NV

Dated: July 26, 2012

Respectfully submitted,

By: */s/ Mark Labaton*
Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

Joseph F. Rice
jrice@motleyrice.com
James M. Hughes
jhughes@motleyrice.com
William S. Norton
bnorton@motleyrice.com
David P. Abel
dabel@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

[*Proposed*] *Lead Counsel for Plaintiffs*

Rule 7.1 Disclosure Statement of
Movant KBC Asset Management NV
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*