MOTLEY RICE LLP
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone:  (310) 552-7992
Facsimile:  (310) 552-8054

MOTLEY RICE LLC
Joseph F. Rice
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450

[*Proposed*] *Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*--caption continued on next page--*

| | |
|---|---|
| MICHAEL SPATZ and SANJAY ISRANI, on behalf of themselves and all others similarly situated, | Civil Action No. 3:12cv02662-MMC |
| | **CLASS ACTION** |
| Plaintiff, | **KBC ASSET MANAGEMENT NV'S** |
| | **CERTIFICATION OF INTERESTED** |
| v. | **ENTITIES OR PERSONS PURSUANT** |
| | **TO LOCAL RULE 3-16** |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC, | |
| Defendants. | |

--*caption continued on next page*--

| | | |
|---|---|---|
| 1 | JEFF OFFNER, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 3:12cv02666-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 6 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 7 | ERSKINE B. BOWLES, JAMES W. BRYER, DONALD E. GRAHAM, REED HASTINGS, | ) |
| 8 | PETER A. THIEL, MORGAN STANDLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, | ) |
| 9 | GOLDMAN, SACHS & CO., MERRILL | ) |
| 10 | LYNCH PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS | ) |
| 11 | CAPITAL INC., | ) |
| 12 | Defendants. | ) |
| 13 | | ) |

| | | |
|---|---|---|
| 14 | JAMES CHANG and SAMEER ANSARI, Individually and on Behalf of All Others | ) Civil Action No. 3:12cv02680-MMC |
| 15 | Similarly Situated, | ) |
| 16 | Plaintiffs, | ) |
| 17 | v. | ) |
| 18 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 19 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 20 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED | ) |
| 21 | HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN | ) |
| 22 | SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER | ) |
| 23 | & SMITH INCORPORATED and | ) |
| 24 | BARCLAYS CAPITAL INC., | ) |
| 25 | Defendants. | ) |
| 26 | | ) |
| 27 | *--caption continued on next page--* | |
| 28 | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| JOHN GREGORY, on behalf of himself and all others similarly situated, | ) Civil Action No. 5:12cv02815-MMC |
| Plaintiff, | ) |
| v. | ) |
| FACEBOOK, INC.; MARK ZUCKERBERG; DAVID A. EBERSMAN; SHERYL K. SANDBERG; DAVID M. SPILLANE; MARC L. ANDREESEN; ERSKINE B. BOWLES; JAMES W. BREYER; DONALD E. GRAHAM; REED HASTINGS; PETER A. THIEL; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; and  BARCLAYS CAPITAL INC., | ) |
| Defendants. | ) |
| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 5:12cv03196-MMC |
| Plaintiff, | ) |
| v. | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONADL E. GRAHAM, REED HASTINGS, PETER A. THIEL, AND MORGAN STANLEY & CO. LLC., | ) |
| Defendants. | ) |

*--caption continued on next page--*

|  |  |  |
|---|---|---|
| 1 | MATTHEW PILGRIM, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 3:12cv03197-MMC |
| 2 |  | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 6 | DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 7 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED | ) |
| 8 | HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS | ) |
| 9 | & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL | ) |
| 10 | MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE | ) |
| 11 | BANK SECURITIES INC., RBC CAPITAL MARKETS LLC, BLAYLOCK ROBERT | ) |
| 12 | VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., | ) |
| 13 | CABRERA CAPITAL MARTKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN | ) |
| 14 | AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA | ) |
| 15 | SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, | ) |
| 16 | LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE | ) |
| 17 | CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., | ) |
| 18 | PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & | ) |
| 19 | ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, | ) |
| 20 | NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS | ) |
| 21 | CAPITAL GROUP, L.P., AND WILLIAM BLAIR & COMPANY, L.L.C., | ) |
| 22 |  | ) |
| 23 | Defendants. | ) |
| 24 |  | ) |
| 25 | --*caption continued on next page*-- | ) |

--*caption continued on next page*--

| | |
|---|---|
| 1 | HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, |
| 6 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, |
| 7 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED |
| 8 | HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN |
| 9 | SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILLY LYNCH, PIERCE, |
| 10 | FENNER & SMITH INCORPORATED, |
| 11 | BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL |
| 12 | MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE |
| 13 | BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT |
| 14 | VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., |
| 15 | CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN |
| 16 | AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA |
| 17 | SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, |
| 18 | LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE |
| 19 | CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., |
| 20 | PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & |
| 21 | ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, |
| 22 | NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS |
| 23 | CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | *--caption continued on next page--* |

Civil Action No. 4:12cv03195-MMC

Certification of Interested Parties
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

THOMAS J. AHRENDTSEN, and AARON M. LEVINE, Individually, and on behalf of all others similarly situated,

          Plaintiff,

    v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY 7 CO, LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL, INC.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:12cv03212-MMC

*--caption continued on next page--*

1  DARRYL LAZAR, Individually and On          )   Civil Action No. 3:12cv03199-MMC
2  Behalf of All Others Similarly Situated     )
                                               )
3              Plaintiff,                       )
                                               )
4          v.                                   )
                                               )
5  FACEBOOK, INC., MARK ZUCKERBERG,            )
6  DAVID A. EBERSMAN, DAVID M.                 )
   SPILLANE, MARC L. ANDREESSEN,               )
7  ERSKINE B. BOWLES, JAMES W.                 )
   BREYER, DONALD E. GRAHAM, REED              )
8  HASTINGS, PETER A. THIEL, MORGAN            )
9  STNALEY & CO. LLC, J.P. MORGAN              )
   SECURITIES LLC, GOLDMAN, SACHS &            )
10 CO., MERRILL LYNCH, PIERCE, FENNER          )
   & SMITH INCORPORATED, BARCLAYS              )
11 CAPITAL INC., ALLEN & COMPANY LLC,          )
   CITIGROUP GLOBAL MARKETS INC.,              )
12 CREDIT SUISSE SECURITIES (USA) LLC,         )
13 DEUTSCHE BANK SECURITIES INC., RBC          )
   CAPITAL MARKETS, LLC, BLAYLOCK              )
14 ROBERT VAN LLC, BMO CAPITAL                 )
   MARKETS CORP., C.L. KING &                  )
15 ASSOCIATES, INC., CABRERA CAPITAL           )
   MARKETS, LLC, CASTLEOAK                     )
16 SECURITIES, L.P., COWEN AND                 )
   COMPANY, LLC., E*TRADE SECURITIES           )
17 LLC, ITAÚ BBA USA SECURITIES, INC.,         )
18 LAZARD CAPITAL MARKETS LLC,                 )
   LEBENTHAL & CO., LLC, LOOP CAPITAL          )
19 MARKETS LLC, M.R. BEAL & COMPANY,           )
   MACQUARIE CAPITAL (USA) INC.,               )
20 MURIEL SIEBRET & CO., INC.,                 )
21 OPPENHEIMER & CO. INC., PACIFIC             )
   CREST SECURITIES LLC, PIPER JAFFRAY         )
22 & CO., RAYMOND JAMES &                      )
   ASSOCIATES, INC., SAMUEL A.                 )
23 RAMIREZ & COMPANY, INC., STIFEL,            )
24 NICOLAUS & COMPANY,                         )
   INCORPORATED, THE WILLIAMS                  )
25 CAPITAL GROUP, L.P., and WILLIAM            )
   BLAIR & COMPANY, L.L.C.,                    )
26                                             )
27             Defendants.                      )
                                               )
28 --*caption continued on next page*--

Certification of Interested Parties
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| ELBITA ALFONSO, on behalf of herself and all others similarly situated, | )<br>) Civil Action No. 4:12cv03198-MMC<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

*--caption continued on next page--*

Certification of Interested Parties
CIVIL ACTION NO. 3:12cv02662-MMC *et al.*

| | |
|---|---|
| 1 | MICHAEL LIEBER, individually, and on ) |
| 2 | behalf of other members of the general public ) Civil Action No. 3:12cv03202-MMC |
| | similarly situated, ) |
| 3 | ) |
| | Plaintiff, ) |
| 4 | ) |
| | v. ) |
| 5 | ) |
| | FACEBOOK, INC.; MARK ZUCKERBURG ) |

1  MICHAEL LIEBER, individually, and on   )
   behalf of other members of the general public   )  Civil Action No. 3:12cv03202-MMC
2  similarly situated,   )
                        )
3        Plaintiff,   )
                     )
4        v.   )
            )
5  FACEBOOK, INC.; MARK ZUCKERBURG   )
   (sic); DONALD E. GRAHAM; DAVID A.   )
6  EBERSMAN; JAMES W. BREYER; DAVID   )
   M. SPILLANE; PETER A. THIEL; MARC L.   )
7  ANDREESSEN; REED HASTINGS;   )
   ERSKINE B. BOWLES; MORGAN   )
8  STANLEY & CO. LLC; J.P. MORGAN   )
   SECURITIES LLC; GOLDMAN, SACHS &   )
9  CO; MERRILL LYNCH; E*TRADE   )
   SECURITIES LLC; OPPENHEIMER & CO.,   )
10 INC.; BARCLAYS CAPITAL INC.;   )
   CITIGROUP GLOBAL MARKETS INC.;   )
11 CREDIT SUISSE SECURITIES (USA) LLC;   )
   PIERCE, FENNER & SMITH   )
12 INCORPORATED; ALLEN & FACEBOOK   )
   (sic) LLC; DEUTSCHE BANK SECURITIES   )
13 INC.; RBC CAPITAL MARKETS, LLC;   )
   MURIEL SIEBERT & CO., INC.; CABRERA   )
14 CAPITAL MARKETS, LLC; BMO CAPITAL   )
   MARKETS CORP.; CASTLEOAK   )
15 SECURITIES, L.P.; LAZARD CAPITAL   )
   MARKETS LLC; PACIFIC CREST   )
16 SECURITIES LLC; LOOP CAPITAL   )
   MARKETS LLC; ITAU BBA USA   )
17 SECURITIES , INC.; WILLIAM BLAIR &   )
   FACEBOOK (sic), L.L.C.; BLAYLOCK   )
18 ROBERT VAN LLC; LEBENTHAL & CO.   )
   LLC; M.R. BEAL & FACEBOOK (sic);   )
19 MACQUARIE CAPITAL (USA) INC.; PIPER   )
   JAFFRAY & CO.; COWEN AND   )
20 FACEBOOK (sic), LLC; RAYMOND JAMES   )
   & ASSOCIATES, INC.; STIFEL, NICOLAUS   )
21 & FACEBOOK (sic), INCORPORATED; C.L.   )
   KING & ASSOCIATES, INC.; SAMUEL A.   )
22 RAMIREZ & FACEBOOK (sic), INC.;   )
   COWEN & FACEBOOK (sic), LLC; THE   )
23 WILLIAMS CAPITAL GROUP, L.P.; and   )
   Does 1 through 100, inclusive,   )
24                                )
                                 )
25        Defendants.   )
                       )  --caption continued on next page--

| | |
|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 3:12cv03203-MMC<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC, E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )  *--caption continued on next page--* |

| | |
|---|---|
| 1  KAREN CUKER and BRIAN GRALNICK, | )  Civil Action No. 4:12cv03201-MMC |
| 2  Individually and On Behalf of All Others | ) |
| 3  Similarly Situated, | ) |
|          Plaintiff, | ) |
| 4 | ) |
|          v. | ) |
| 5 | ) |
|    FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 6  DAVID A. EBERSMAN, DAVID M. | ) |
|    SPILLANE, MARC L. ANDREESSEN, | ) |
| 7  ERSKINE B. BOWLES, JAMES W. | ) |
|    BREYER, DONALD E. GRAHAM, REED | ) |
| 8  HASTINGS, PETER A. THIEL, MORGAN | ) |
|    STANLEY & CO. LLC, J.P. MORGAN | ) |
| 9  SECURITIES LLC, GOLDMAN, SACHS & | ) |
| 10 CO., MERRILL LYNCH, PIERCE, FENNER | ) |
|    & SMITH INCORPORATED, BARCLAYS | ) |
| 11 CAPITAL INC., ALLEN & COMPANY LLC, | ) |
|    CITIGROUP GLOBAL MARKETS INC., | ) |
| 12 CREDIT SUISSE SECURITIES (USA) LLC, | ) |
| 13 DEUTSCHE BANK SECURITIES INC., RBC | ) |
|    CAPITAL MARKETS, LLC, WELLS | ) |
| 14 FARGO SECURITIES, LLC, BLAYLOCK | ) |
|    ROBERT VAN LLC, BMO CAPITAL | ) |
| 15 MARKETS CORP., C.L. KING & | ) |
|    ASSOCIATES, INC., CABRERA CAPITAL | ) |
| 16 MARKETS, LLC, CASTLEOAK | ) |
|    SECURITIES, L.P., COWEN AND | ) |
| 17 COMPANY, LLC., E*TRADE SECURITIES | ) |
| 18 LLC, ITAÚ BBA USA SECURITIES, INC., | ) |
|    LAZARD CAPITAL MARKETS LLC, | ) |
| 19 LEBENTHAL & CO., LLC, LOOP CAPITAL | ) |
|    MARKETS LLC, M.R. BEAL & COMPANY, | ) |
| 20 MACQUARIE CAPITAL (USA) INC., | ) |
| 21 MURIEL SIEBERT & CO., INC., | ) |
|    OPPENHEIMER & CO. INC., PACIFIC | ) |
| 22 CREST SECURITIES LLC, PIPER JAFFRAY | ) |
|    & CO., RAYMOND JAMES & | ) |
| 23 ASSOCIATES, INC., SAMUEL A. | ) |
| 24 RAMIREZ & COMPANY, INC., STIFEL, | ) |
|    NICOLAUS & COMPANY, | ) |
| 25 INCORPORATED, THE WILLIAMS | ) |
|    CAPITAL GROUP, L.P., and WILLIAM | ) |
| 26 BLAIR & COMPANY, L.L.C., | ) |
| 27          Defendants. | ) |
| 28 | )  *--caption continued on next page--* |

| | |
|---|---|
| EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 3:12cv03200-MMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |
| | ) |

*--caption continued on next page--*

KEVEN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

        v.

FACEBOOK, INC., MORGAN STANLEY & CO. LLC,

        Defendants.

)
)
)  Civil Action No. 3:12cv03353-MMC
)
)
)
)
)
)
)
)
)
)
)

THOMAS E NELSON, Individually and Behalf of All Others Similarly Situated,

        Plaintiff,

        v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERS MAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, RSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC.,

        Defendants.

)
)
)  Civil Action No. 4:12cv03418-MMC
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

       1.  KBC Group NV


Dated: July 26, 2012                  Respectfully submitted,

                   By:   */s/ Mark Labaton*_____

                       Mark Labaton (Bar No. 159555)
                       mlabaton@motleyrice.com
                       **MOTLEY RICE LLP**
                       1801 Century Park East, Suite 475
                       Los Angeles, CA 90067
                       Telephone:  (310) 552-7992
                       Facsimile:  (310) 552-8054

                       Joseph F. Rice
                       jrice@motleyrice.com
                       James M. Hughes
                       jhughes@motleyrice.com
                       William S. Norton
                       bnorton@motleyrice.com
                       David P. Abel
                       dabel@motleyrice.com
                       **MOTLEY RICE LLC**
                       28 Bridgeside Boulevard
                       Mt. Pleasant, SC 29464
                       Telephone:  (843) 216-9000
                       Facsimile:  (843) 216-9450