TRIG R. SMITH (237399)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tsmith@rgrdlaw.com
dmyers@rgrdlaw.com
   – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPATZ, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>                    Defendants. | No. 3:12-cv-02662-MMC<br><br><u>CLASS ACTION</u><br><br>STIPULATION SETTING COORDINATED BRIEFING SCHEDULE ON LEAD PLAINTIFF MOTIONS |

623506_1

WHEREAS, presently pending before this Court are 14 securities class action lawsuits (the "California Actions") brought against Facebook, Inc. (the "Company"), various of its officers and directors, and various underwriters of the Company's May 18, 2012 initial public offering, alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933;

WHEREAS, 19 substantially similar actions are also pending in the United States District Court for the Southern District of New York (the "New York Actions") and a multi-district litigation ("MDL") action was filed with the Judicial Panel on Multidistrict Litigation ("JPML") on June 14, 2012 (*IN RE: Facebook, Inc., IPO Securities and Derivative Litigation*, MDL No. 2389);

WHEREAS, Pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following seven movants filed motions for consolidation, appointment as lead plaintiff and approval of their selection of counsel on July 23, 2012 in *Spatz v. Facebook, Inc. et al.*, No. 3:12-cv-02662 (N.D. Cal.) ("*Spatz*"):

1. William H. Anhood, and Jose and Mary Galvan (Dkt. No. 64);
2. Michael Spatz and Sanjay Israni (Dkt. No. 67);
3. A. Marcus Gerber (Dkt. No. 70);
4. Eiffel Tower Ventures, LLC, The GAF Unit Trust and White Dune LLC (Dkt. No. 71);
5. KBC Asset Management NV and the Employees' Retirement System of the Government of the Virgin Islands (collectively, the Institutional Investors") (Dkt. No. 73);
6. Ramesh Purohit, Karen Stewart and Scott Wilson (collectively, the "Facebook Investor Group") (Dkt. No. 75); and
7. North Carolina Department of State Treasurer on behalf of the North Carolina Retirement Systems, Banyan Capital Master Fund Ltd., Arkansas Teacher Retirement System, and the Fresno County Employees' Retirement Association (collectively, the "Institutional Investor Group") (Dkt. No. 84);

- 1 -

623506_1

WHEREAS, pursuant to the PSLRA, six of the same movants, in addition to four additional movants (Alexis Alexander, as custodian for Chloe Sophie Alexander, Robert Herpst and Vinjay Akkaraju; Rick Pond; First New York Securities L.L.C., T3 Trading Group, LLC and Avatar; and Desmond Doris, Donald Pompliano, Eric Rand and Ranford Williams), filed motions for consolidation, appointment as lead plaintiff and approval of their selection of counsel on July 23, 2012 in *Brian Roffe Profit Sharing Plan v. Facebook, Inc., et al.*, No. 1:12-cv-04081 (S.D.N.Y.) ("*Roffe*");

WHEREAS, on June 13, 2012, the Court entered a stipulation deferring the time for defendants to answer, move or otherwise respond to the complaint in the above-captioned action until the appointment of lead plaintiff(s), approval of selection of lead counsel for plaintiff(s), and entry of a stipulation between lead plaintiff(s) and defendants, or Court order, setting forth a schedule for the filing of a consolidated amended complaint and defendants' responses thereto (Dkt. No. 24);

WHEREAS, as a result of different local rules, the briefing schedules for the lead plaintiff motions would result in different deadlines for the California Actions and the New York Actions, as follows:

|  | *Spatz* (N.D. Cal.) | *Roffe* (S.D.N.Y.) |
|---|---|---|
| Opposition Brief Deadline | August 6, 2012 | August 9, 2012 |
| Reply Brief Deadline | August 13, 2012 | August 20, 2012 |
| Hearing Date | August 31, 2012 at 9:00 a.m. | n/a |

WHEREAS, counsel for the movants have conferred and agreed to coordinate the briefing schedules so that opposition and reply memoranda would be filed on the same date in both jurisdictions; and

WHEREAS, the requested time modification will have no effect on the schedule for the case.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for plaintiffs herein, subject to the Court's approval, that:

1. All opposition and reply briefing on the pending lead plaintiff motions in both *Spatz* and *Roffe*, will be filed and served on the dates noted above in the *Roffe* action, *i.e.*, August 9, 2012 for responses, and August 20, 2012 for replies.

IT IS SO STIPULATED.

623506_1

| | |
|---|---|
| DATED: July 31, 2012 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>TRIG R. SMITH<br>DANIELLE S. MYERS<br><br>    /s/ Danielle S. Myers<br>    DANIELLE S. MYERS<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>ROBBINS GELLER RUDMAN &<br>  DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br><br>CRIDEN & LOVE, P.A.<br>MICHAEL E. CRIDEN<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: 305/357-9000<br>305-357-9050 (fax)<br><br>*Attorneys for Eiffel Tower Ventures, LLC, the GAF Unit Trust and White Dune LLC* |
| DATED: July 31, 2012 | LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>RICHARD M. HEIMANN<br>JOY A. KRUSE<br>SHARON M. LEE<br><br>    /s/ Joy A. Kruse w/permission DSM<br>    JOY A. KRUSE<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone:  415/956-1000<br>415/956-1008 (fax) |

623506_1

- 3 -

| | |
|---|---|
| 1 | |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | STEVEN E. FINEMAN<br>DANIEL P. CHIPLOCK |
| 4 | NICHOLAS DIAMAND<br>250 Hudson Street, 8th Floor |
| 5 | New York, NY 10013-1413<br>Telephone: 212/355-9500 |
| 6 | 212/355-9592 (fax) |
| 7 | POMERANTZ HAUDEK GROSSMAN & GROSS LLP |
| 8 | MARC I. GROSS<br>JEREMY A. LIEBERMAN |
| 9 | 600 Third Avenue, 20th Floor<br>New York, New York 10016 |
| 10 | Telephone: 212/661-1100<br>212/661-8665 (fax) |
| 11 | POMERANTZ HAUDEK |
| 12 | GROSSMAN & GROSS LLP<br>Patrick V. Dahlstrom |
| 13 | Ten South LaSalle Street, Suite 3505<br>Chicago, Illinois 60603 |
| 14 | Telephone: 312/377-1181<br>312/377-1184 (fax) |
| 15 | *Attorneys for William H. Anhood, Jose Galvan and Mary Galvan* |
| 16 | |
| 17 | |
| 18 | DATED: July 31, 2012     THE MEHDI FIRM<br>AZRA Z. MEHDI |
| 19 | |
| 20 | |
| 21 | *[signature]* |
| 22 | AZRA Z. MEHDI |

623506_1

- 4 -

| | |
|---|---|
| 1 | |
| 2 | One Market<br>Spear Tower, Suite 3600 |
| 3 | San Francisco, CA 94105<br>Telephone: 415/293-8039 |
| 4 | 415/293-8001 (fax) |
| 5 | MORGAN & MORGAN, P.C.<br>PETER SAFIRSTEIN |
| 6 | DOMENICO MINERVA<br>ELIZABETH METCALF |
| 7 | Five Penn Plaza, 23rd Floor<br>New York, NY 10001 |
| 8 | Telephone: 212/564-1637<br>212/564-1807 (fax) |
| 9 | MORGAN & MORGAN, P.A. |
| 10 | CHRISTOPHER S. POLASZEK<br>One Tampa City Center |
| 11 | 201 N. Franklin St., 7th Floor<br>Tampa, FL 33602 |
| 12 | Telephone: 813/314-6484<br>813/222-2406 (fax) |
| 13 | KING AND NIX, LLC |
| 14 | TROY KING<br>7020 Fain Park Drive, Suite 1 |
| 15 | Montgomery, AL 36117<br>Telephone: 334/215-4440 |
| 16 | 334/215-4438 (fax) |
| 17 | *Attorneys for Ramesh Purohit, Karen Stewart and Scott Wilson* |
| 18 | DATED: July 31, 2012  MOTLEY RICE LLP'C |
| 19 | MARK I. LABATON<br>William S. Norton |
| 20 | |
| 21 | _____<br>MARK I. LABATON |
| 22 | William S. Norton |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

623506_1

- 5 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 1801 Century Park East, Suite 475 |
|   | | Los Angeles, CA 90067 |
| 3 | | Telephone: 310/552-7992 |
|   | | 310/552-8054 (fax) |
| 4 | | |
|   | | MOTLEY RICE LLC |
| 5 | | JOSEPH F. RICE |
|   | | JAMES M. HUGHES |
| 6 | | WILLIAM S. NORTON |
|   | | DAVID P. ABEL |
| 7 | | 28 Bridgeside Blvd. |
|   | | Mount Pleasant, SC 29464 |
| 8 | | Telephone: 843/216-9000 |
|   | | 843/216-9450 (fax) |
| 9 | | |
|   | | *Attorneys for KBC Asset Management NV* |
| 10 | | *and the Employees' Retirement System of* |
|   | | *the Government of the Virgin Islands* |
| 11 | | |
| 12 | | |
|   | DATED: July 31, 2012 | BERNSTEIN LITOWITZ BERGER & |
| 13 | |   GROSSMANN LLP |
|   | | TIMOTHY A. DeLANGE |
| 14 | | |
| 15 | | |
|   | | /s/ Gerald H. Silk |
| 16 | | ~~TIMOTHY A. DeLANGE~~ |
|   | | Gerald H. Silk |
| 17 | | 12481 High Bluff Drive, Suite 300 |
|   | | San Diego, CA 92130 |
| 18 | | Telephone: 858/793-0070 |
|   | | 858/793-0323 (fax) |
| 19 | | |
|   | | BERNSTEIN LITOWITZ BERGER & |
| 20 | |   GROSSMANN LLP |
|   | | MAX W. BERGER |
| 21 | | GERALD H. SILK |
|   | | ROSS SHIKOWITZ |
| 22 | | 1285 Avenue of the Americas |
|   | | New York, New York 10019 |
| 23 | | Telephone: 212/554-1400 |
|   | | 212/554-1444 (fax) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

623506_1

| | |
|---|---|
| 1 | |
| 2 | LABATON SUCHAROW LLP |
|   | THOMAS A. DUBBS |
| 3 | CHRISTOPHER J. KELLER |
|   | ERIC J. BELFI |
| 4 | MICHAEL W. STOCKER |
|   | 140 Broadway |
| 5 | New York, New York 10005 |
|   | Telephone: 212/907-0700 |
| 6 | 212/818-0477 (fax) |
| 7 | KESSLER TOPAZ MELTZER |
|   |   & CHECK, LLP |
| 8 | DARREN J. CHECK |
|   | SEAN M. HANDLER |
| 9 | 280 King of Prussia Road |
|   | Radnor, Pennsylvania 19087 |
| 10 | Telephone: 610/667-7706 |
|    | 610/667-7056 (fax) |

*Attorneys for North Carolina Department of State Treasurer on behalf of the North Carolina Retirement Systems, Banyan Capital Master Fund Ltd., Arkansas Teacher Retirement System, the Fresno County Employees' Retirement Association*

DATED: July 31, 2012

WOLF HALDENSTEIN ADLER
FREEMAN
  & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

/s/ Patrick H. Moran
————————————————
PATRICK H. MORAN

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
619/234-4599 (fax)

623506_1

- 7 -

```
                                    WOLF HALDENSTEIN ADLER
                                    FREEMAN
                                      & HERZ LLP
                                    GREGORY M. NESPOLE
                                    ROBERT B. WEINTRAUB
                                    270 Madison Avenue
                                    New York, New York 10016
                                    Telephone: 212/545-4600
                                    212/545-4653 (fax)

                                    WOLF HALDENSTEIN ADLER
                                    FREEMAN
                                      & HERZ LLC
                                    ADAM J. LEVITT
                                    55 West Monroe Street, Suite 1111
                                    Chicago, Illinois 60603
                                    Telephone: 312/984-0000
                                    312/984-0001 (fax)

                                    LAW OFFICES OF MARC S. HENZEL
                                    MARC S. HENZEL
                                    431 Montgomery Ave. Suite B
                                    Merion Station, PA 19066

                                    *Attorneys for Michael Spatz and Sanjay
                                    Israni*

DATED: July 31, 2012               SHEPHERD, FINKELMAN, MILLER
                                      & SHAH, LLP
                                    ROSE F. LUZON

                                             /s/ Rose F. Luzon
                                    _____
                                                ROSE F. LUZON

                                    401 West A Street, Suite 2350
                                    San Diego, CA 92101
                                    Telephone: 619/235-2416
                                    619/234-7334 (fax)

                                    SHEPHERD, FINKELMAN, MILLER
                                      & SHAH, LLP
                                    JAMES E. MILLER
                                    KAREN M. LESER-GRENON
                                    65 Main St.
                                    Chester, CT 06412
                                    Telephone: 860/526-1100
                                    860/526-1120 (fax)

                                    *Attorneys for Movant A. Marcus Gerber*
                                              *   *   *
```

623506_1

- 8 -

1 I, Danielle S. Myers, am the ECF User whose identification and password are being used to file the Stipulation Setting Coordinated Briefing Schedule on Lead Plaintiff Motions. In compliance with Local Rule 5-1(i)(3), I hereby attest that Joy A. Kruse, Azra Z. Mehdi, and William S. Norton has/have concurred in this filing.

DATED: August 2, 2012      s/ DANIELLE S. MYERS
                           DANIELLE S. MYERS

* * *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2012.

    s/ DANIELLE S. MYERS
    DANIELLE S. MYERS

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail: dmyers@rgrdlaw.com

# Mailing Information for a Case 3:12-cv-02662-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Francis Basile**
  jbasile@kirkland.com,sfarley@kirkland.com,deanna.garrison@kirkland.com,alevin@kirkland.com

- **Brant W. Bishop**
  brant.bishop@kirkland.com

- **Mary K. Blasy**
  mblasy@scott-scott.com,tlaughlin@scott-scott.com,efile@scott-scott.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Elizabeth L. Deeley**
  edeeley@kirkland.com,sfarley@kirkland.com,alevin@kirkland.com,tiffany.lee@kirkland.com,phil.segal@kirkland.com

- **Andrew Ditchfield**
  andrew.ditchfield@davispolk.com

- **Facebook, Inc.**
  cindy@cooley.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **James M. Hughes**
  jimhughes@att.net

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Mark I. Labaton**
  mlabaton@motleyrice.com,pgioittazimmer@motleyrice.com,kmontenegro@motleyrice.com

- **Rosemary Farrales Luzon**
  rluzon@sfmslaw.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com

- **Patrick Hugh Moran**
  moran@whafh.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,angela.quach@dpw.com,felicia.yu@davispolk.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **James P. Rouhandeh**

rouhandeh@davispolk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David P. Abel**
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

**Charles S. Duggan**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Gregory M. Nespole**
Wolf Haldenstein Adler Freeman&Herz LLP
270 Madison Avenue
New York, NY 10016

**William S. Norton**
Motley Rice LLC
28 Bridgside Boulevard
Mt. Pleasant, SC 29464

**Joseph F. Rice**
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

**Robert B. Weintraub**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016