TRIG R. SMITH (237399)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tsmith@rgrdlaw.com
dmyers@rgrdlaw.com
   – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPATZ, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | No. 3:12-cv-02662-MMC<br><br><u>CLASS ACTION</u><br><br>STIPULATION SETTING COORDINATED BRIEFING SCHEDULE ON LEAD PLAINTIFF MOTIONS AND ORDER APPROVING STIPULATION; ORDER VACATING HEARING |

623506_1

WHEREAS, presently pending before this Court are 14 securities class action lawsuits (the "California Actions") brought against Facebook, Inc. (the "Company"), various of its officers and directors, and various underwriters of the Company's May 18, 2012 initial public offering, alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933;

WHEREAS, 19 substantially similar actions are also pending in the United States District Court for the Southern District of New York (the "New York Actions") and a multi-district litigation ("MDL") action was filed with the Judicial Panel on Multidistrict Litigation ("JPML") on June 14, 2012 (*IN RE: Facebook, Inc., IPO Securities and Derivative Litigation*, MDL No. 2389);

WHEREAS, Pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following seven movants filed motions for consolidation, appointment as lead plaintiff and approval of their selection of counsel on July 23, 2012 in *Spatz v. Facebook, Inc. et al.*, No. 3:12-cv-02662 (N.D. Cal.) ("*Spatz*"):

1. William H. Anhood, and Jose and Mary Galvan (Dkt. No. 64);
2. Michael Spatz and Sanjay Israni (Dkt. No. 67);
3. A. Marcus Gerber (Dkt. No. 70);
4. Eiffel Tower Ventures, LLC, The GAF Unit Trust and White Dune LLC (Dkt. No. 71);
5. KBC Asset Management NV and the Employees' Retirement System of the Government of the Virgin Islands (collectively, the Institutional Investors") (Dkt. No. 73);
6. Ramesh Purohit, Karen Stewart and Scott Wilson (collectively, the "Facebook Investor Group") (Dkt. No. 75); and
7. North Carolina Department of State Treasurer on behalf of the North Carolina Retirement Systems, Banyan Capital Master Fund Ltd., Arkansas Teacher Retirement System, and the Fresno County Employees' Retirement Association (collectively, the "Institutional Investor Group") (Dkt. No. 84);

623506_1

WHEREAS, pursuant to the PSLRA, six of the same movants, in addition to four additional movants (Alexis Alexander, as custodian for Chloe Sophie Alexander, Robert Herpst and Vinjay Akkaraju; Rick Pond; First New York Securities L.L.C., T3 Trading Group, LLC and Avatar; and Desmond Doris, Donald Pompliano, Eric Rand and Ranford Williams), filed motions for consolidation, appointment as lead plaintiff and approval of their selection of counsel on July 23, 2012 in *Brian Roffe Profit Sharing Plan v. Facebook, Inc., et al.*, No. 1:12-cv-04081 (S.D.N.Y.) ("*Roffe*");

WHEREAS, on June 13, 2012, the Court entered a stipulation deferring the time for defendants to answer, move or otherwise respond to the complaint in the above-captioned action until the appointment of lead plaintiff(s), approval of selection of lead counsel for plaintiff(s), and entry of a stipulation between lead plaintiff(s) and defendants, or Court order, setting forth a schedule for the filing of a consolidated amended complaint and defendants' responses thereto (Dkt. No. 24);

WHEREAS, as a result of different local rules, the briefing schedules for the lead plaintiff motions would result in different deadlines for the California Actions and the New York Actions, as follows:

|  | *Spatz* (N.D. Cal.) | *Roffe* (S.D.N.Y.) |
|---|---|---|
| Opposition Brief Deadline | August 6, 2012 | August 9, 2012 |
| Reply Brief Deadline | August 13, 2012 | August 20, 2012 |
| Hearing Date | August 31, 2012 at 9:00 a.m. | n/a |

WHEREAS, counsel for the movants have conferred and agreed to coordinate the briefing schedules so that opposition and reply memoranda would be filed on the same date in both jurisdictions; and

WHEREAS, the requested time modification will have no effect on the schedule for the case.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for plaintiffs herein, subject to the Court's approval, that:

1. All opposition and reply briefing on the pending lead plaintiff motions in both *Spatz* and *Roffe*, will be filed and served on the dates noted above in the *Roffe* action, *i.e.*, August 9, 2012 for responses, and August 20, 2012 for replies.

IT IS SO STIPULATED.

623506_1

```
 1  DATED: July 31, 2012           ROBBINS GELLER RUDMAN
                                      & DOWD LLP
 2                                  TRIG R. SMITH
                                    DANIELLE S. MYERS
 3

 4

 5                                          /s/ Danielle S. Myers
                                    _____
                                           DANIELLE S. MYERS
 6                                  655 West Broadway, Suite 1900
                                    San Diego, CA 92101
 7                                  Telephone: 619/231-1058
                                    619/231-7423 (fax)
 8

 9                                  ROBBINS GELLER RUDMAN &
                                      DOWD LLP
10                                  SAMUEL H. RUDMAN
                                    DAVID A. ROSENFELD
11                                  58 South Service Road, Suite 200
                                    Melville, NY  11747
12                                  Telephone:  631/367-7100
                                    631/367-1173 (fax)
13
                                    CRIDEN & LOVE, P.A.
14                                  MICHAEL E. CRIDEN
                                    7301 SW 57th Court, Suite 515
15                                  South Miami, FL 33143
                                    Telephone: 305/357-9000
16                                  305-357-9050 (fax)

17                                  Attorneys for Eiffel Tower Ventures, LLC,
                                    the GAF Unit Trust and White Dune LLC
18

19  DATED: July 31, 2012           LIEFF CABRASER HEIMANN
                                      & BERNSTEIN, LLP
20                                  RICHARD M. HEIMANN
                                    JOY A. KRUSE
21                                  SHARON M. LEE

22

23                                          /s/ Joy A. Kruse w/permission DSM
                                    _____
                                           JOY A. KRUSE
24
                                    275 Battery Street, 29th Floor
25                                  San Francisco, California 94111-3339
                                    Telephone:  415/956-1000
26                                  415/956-1008 (fax)

27

28
                                       - 3 -
623506_1
```

| | |
|---|---|
| 1 | |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>STEVEN E. FINEMAN |
| 3 | DANIEL P. CHIPLOCK<br>NICHOLAS DIAMAND |
| 4 | 250 Hudson Street, 8th Floor<br>New York, NY 10013-1413 |
| 5 | Telephone: 212/355-9500<br>212/355-9592 (fax) |
| 6 | |
| 7 | POMERANTZ HAUDEK GROSSMAN & GROSS LLP<br>MARC I. GROSS |
| 8 | JEREMY A. LIEBERMAN<br>600 Third Avenue, 20th Floor |
| 9 | New York, New York 10016<br>Telephone: 212/661-1100 |
| 10 | 212/661-8665 (fax) |
| 11 | POMERANTZ HAUDEK GROSSMAN & GROSS LLP |
| 12 | Patrick V. Dahlstrom<br>Ten South LaSalle Street, Suite 3505 |
| 13 | Chicago, Illinois 60603<br>Telephone: 312/377-1181 |
| 14 | 312/377-1184 (fax) |
| 15 | *Attorneys for William H. Anhood, Jose Galvan and Mary Galvan* |
| 16 | |
| 17 | |
| 18 | DATED: July 31, 2012     THE MEHDI FIRM<br>AZRA Z. MEHDI |
| 19 | |
| 20 | |
| 21 | /s/ Azra Mehdi |
| 22 | AZRA Z. MEHDI |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105 |
| 3 | Telephone: 415/293-8039<br>415/293-8001 (fax) |
| 4 | |
| 5 | MORGAN & MORGAN, P.C.<br>PETER SAFIRSTEIN |
| 6 | DOMENICO MINERVA<br>ELIZABETH METCALF |
| 7 | Five Penn Plaza, 23rd Floor<br>New York, NY 10001 |
| 8 | Telephone: 212/564-1637<br>212/564-1807 (fax) |
| 9 | MORGAN & MORGAN, P.A.<br>CHRISTOPHER S. POLASZEK |
| 10 | One Tampa City Center<br>201 N. Franklin St., 7th Floor |
| 11 | Tampa, FL 33602<br>Telephone: 813/314-6484 |
| 12 | 813/222-2406 (fax) |
| 13 | KING AND NIX, LLC<br>TROY KING |
| 14 | 7020 Fain Park Drive, Suite 1<br>Montgomery, AL 36117 |
| 15 | Telephone: 334/215-4440<br>334/215-4438 (fax) |
| 16 | |
| 17 | *Attorneys for Ramesh Purohit, Karen Stewart and Scott Wilson* |
| 18 | DATED: July 31, 2012     MOTLEY RICE LLP'C<br>~~MARK I. LABATON~~ |
| 19 | William S. Norton |
| 20 | |
| 21 | MARK I. LABATON<br>William S. Norton |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

623506_1

- 5 -

|   |   |
|---|---|
| 1 |   |
| 2 | 1801 Century Park East, Suite 475<br>Los Angeles, CA 90067 |
| 3 | Telephone: 310/552-7992<br>310/552-8054 (fax) |
| 4 |   |
| 5 | MOTLEY RICE LLC<br>JOSEPH F. RICE |
| 6 | JAMES M. HUGHES<br>WILLIAM S. NORTON |
| 7 | DAVID P. ABEL<br>28 Bridgeside Blvd. |
| 8 | Mount Pleasant, SC 29464<br>Telephone: 843/216-9000<br>843/216-9450 (fax) |
| 9 |   |
| 10 | *Attorneys for KBC Asset Management NV and the Employees' Retirement System of* |
| 11 | *the Government of the Virgin Islands* |
| 12 |   |
| 13 | DATED: July 31, 2012     BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP |
| 14 | TIMOTHY A. DeLANGE |
| 15 |   |
| 16 | /s/ Gerald H. Silk<br>TIMOTHY A. DeLANGE |
| 17 | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| 18 | Telephone: 858/793-0070<br>858/793-0323 (fax) |
| 19 |   |
| 20 | BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP |
| 21 | MAX W. BERGER<br>GERALD H. SILK |
| 22 | ROSS SHIKOWITZ<br>1285 Avenue of the Americas |
| 23 | New York, New York 10019<br>Telephone: 212/554-1400 |
| 24 | 212/554-1444 (fax) |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

623506_1

| | |
|---|---|
| 1 | |
| 2 | LABATON SUCHAROW LLP<br>THOMAS A. DUBBS |
| 3 | CHRISTOPHER J. KELLER<br>ERIC J. BELFI |
| 4 | MICHAEL W. STOCKER<br>140 Broadway |
| 5 | New York, New York 10005<br>Telephone: 212/907-0700 |
| 6 | 212/818-0477 (fax) |
| 7 | KESSLER TOPAZ MELTZER<br>  & CHECK, LLP |
| 8 | DARREN J. CHECK<br>SEAN M. HANDLER |
| 9 | 280 King of Prussia Road<br>Radnor, Pennsylvania 19087 |
| 10 | Telephone: 610/667-7706<br>610/667-7056 (fax) |
| 11 | *Attorneys for North Carolina Department* |
| 12 | *of State Treasurer on behalf of the North*<br>*Carolina Retirement Systems, Banyan* |
| 13 | *Capital Master Fund Ltd., Arkansas*<br>*Teacher Retirement System, the Fresno* |
| 14 | *County Employees' Retirement*<br>*Association* |
| 15 | DATED: July 31, 2012   WOLF HALDENSTEIN ADLER |
| 16 | FREEMAN<br>  & HERZ LLP |
| 17 | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD |
| 18 | RACHELE R. RICKERT<br>PATRICK H. MORAN |
| 19 | |
| 20 | /s/ Patrick H. Moran |
|    | PATRICK H. MORAN |
| 21 | |
| 22 | 750 B Street, Suite 2770<br>San Diego, CA 92101 |
| 23 | Telephone: 619/239-4599<br>619/234-4599 (fax) |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

623506_1

```
                        WOLF HALDENSTEIN ADLER
                        FREEMAN
                          & HERZ LLP
                        GREGORY M. NESPOLE
                        ROBERT B. WEINTRAUB
                        270 Madison Avenue
                        New York, New York 10016
                        Telephone: 212/545-4600
                        212/545-4653 (fax)

                        WOLF HALDENSTEIN ADLER
                        FREEMAN
                          & HERZ LLC
                        ADAM J. LEVITT
                        55 West Monroe Street, Suite 1111
                        Chicago, Illinois 60603
                        Telephone: 312/984-0000
                        312/984-0001 (fax)

                        LAW OFFICES OF MARC S. HENZEL
                        MARC S. HENZEL
                        431 Montgomery Ave. Suite B
                        Merion Station, PA 19066

                        Attorneys for Michael Spatz and Sanjay
                        Israni

DATED: July 31, 2012    SHEPHERD, FINKELMAN, MILLER
                          & SHAH, LLP
                        ROSE F. LUZON


                                   /s/ ROSE F. LUZON

                        401 West A Street, Suite 2350
                        San Diego, CA 92101
                        Telephone: 619/235-2416
                        619/234-7334 (fax)

                        SHEPHERD, FINKELMAN, MILLER
                          & SHAH, LLP
                        JAMES E. MILLER
                        KAREN M. LESER-GRENON
                        65 Main St.
                        Chester, CT 06412
                        Telephone: 860/526-1100
                        860/526-1120 (fax)

                        Attorneys for Movant A. Marcus Gerber
                              *     *     *
```

623506_1

- 8 -

* * *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the hearing scheduled for August 31, 2012 is VACATED. See 15 U.S.C. § 78u-4(a)(3)(B)(ii).

DATED: August 6, 2012

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

9