**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SPATZ and SANJAY ISRANI, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,<br><br>Defendants. | CASE NO. 12-CV-02662 (MMC)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

On August 8, 2012, Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel (collectively, "Defendants") filed an Administrative Motion to Consider Whether Cases Are Related pursuant to Civil Local Rule 3-12.  The Court, having considered the papers and pleadings on file, and good cause appearing hereby GRANTS Defendants' Administrative Motion to Relate Cases.

IT IS HEREBY ORDERED that the following cases are related to *Spatz, et al. v. Facebook, Inc. et al.*, Case No. 12-CV-02662 (MMC):

1. *Spatz, et al. v. Facebook, Inc., et al.*, Case No. 12-CV-2662 (MMC)
2. *Chang, et al. v. Facebook, Inc. et al.*, Case No. 12- CV-2680 (MMC)
3. *Gregory v. Facebook, Inc., et al.*, Case No. 12- CV-2815 (MMC)
4. *Lazar v. Facebook, Inc. et al.*, Case No. 12-CV-3199 (MMC)
5. *Cuker, et al. v. Facebook, Inc. et al.*, Case No. 12-CV-3201 (MMC)
6. *Demois, Jr. v. Facebook, Inc. et al.*, Case No. 12-CV-3196 (MMC)
7. *Lapin v. Facebook, Inc. et al.*, Case No. 12-CV-3195 (MMC)
8. *Lieber v. Facebook, Inc. et al.*, Case No. 12-CV-3202 (MMC)
9. *Shierry v. Facebook, Inc. et al.*, Case No. 12-CV-3200 (MMC)
10. *Stokes v. Facebook, Inc. et al.*, Case No. 12-CV-3203 (MMC)
11. *Ahrendtsen v. Facebook, et al.*, Case No. 12-CV-3212 (MMC)
12. *Hicks v. Facebook, et al.*, Case No. 12-CV-3353 (MMC)
13. *Hubuschman v. Zuckerberg, et al.*, Case No. 12-CV-3366 (MMC)
14. *Cole v. Zuckerberg, et al.*, Case No. 12-CV-3367 (MMC)
15. *Nelson v. Facebook, et al.*, Case No. 12-CV-3418 (MMC)
16. *Chi v. Zuckerberg, et al.*, Case No. 12-CV-3498 (MMC)
17. *Levy v. Facebook, Inc., et al,.* Case No. 12-CV-03642 (MMC)
18. *Southward v. Facebook, Inc, et al.*, Case No. 12-CV-04144 (EDL)

DATED: _____, 2012

_____
The Honorable Maxine M. Chesney
Judge, United States District Court