MOTLEY RICE LLP
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

MOTLEY RICE LLC
Joseph F. Rice
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*[Proposed] Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*--caption continued on next page--*

MICHAEL SPATZ and SANJAY ISRANI, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,

Defendants.

Civil Action No. 3:12cv02662-MMC

**CLASS ACTION**

**NOTICE OF CHANGE OF ADDRESS**

*--caption continued on next page--*

JEFF OFFNER, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BRYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANDLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS CAPITAL INC.,

Defendants.

Civil Action No. 3:12cv02666-MMC

JAMES CHANG and SAMEER ANSARI, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL INC.,

Defendants.

Civil Action No. 3:12cv02680-MMC

*--caption continued on next page--*

| | |
|---|---|
| JOHN GREGORY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; MARK ZUCKERBERG; DAVID A. EBERSMAN; SHERYL K. SANDBERG; DAVID M. SPILLANE; MARC L. ANDREESEN; ERSKINE B. BOWLES; JAMES W. BREYER; DONALD E. GRAHAM; REED HASTINGS; PETER A. THIEL; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; and BARCLAYS CAPITAL INC.,<br><br>Defendants. | Civil Action No. 5:12cv02815-MMC |
| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONADL E. GRAHAM, REED HASTINGS, PETER A. THIEL, AND MORGAN STANLEY & CO. LLC.,<br><br>Defendants. | Civil Action No. 5:12cv03196-MMC |

*--caption continued on next page--*

MATTHEW PILGRIM, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARTKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., AND WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 3:12cv03197-MMC

*--caption continued on next page--*

HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILLY LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 4:12cv03195-MMC

*--caption continued on next page--*

THOMAS J. AHRENDTSEN, and AARON M. LEVINE, Individually, and on behalf of all others similarly situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY 7 CO, LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL, INC.,

Defendants.

Civil Action No. 3:12cv03212-MMC

*--caption continued on next page--*

DARRYL LAZAR, Individually and On Behalf of All Others Similarly Situated

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STNALEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBRET & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 3:12cv03199-MMC

*--caption continued on next page--*

ELBITA ALFONSO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,

Defendants.

Civil Action No. 4:12cv03198-MMC

*--caption continued on next page--*

MICHAEL LIEBER, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

FACEBOOK, INC.; MARK ZUCKERBURG (sic); DONALD E. GRAHAM; DAVID A. EBERSMAN; JAMES W. BREYER; DAVID M. SPILLANE; PETER A. THIEL; MARC L. ANDREESSEN; REED HASTINGS; ERSKINE B. BOWLES; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO; MERRILL LYNCH; E*TRADE SECURITIES LLC; OPPENHEIMER & CO., INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; PIERCE, FENNER & SMITH INCORPORATED; ALLEN & FACEBOOK (sic) LLC; DEUTSCHE BANK SECURITIES INC.; RBC CAPITAL MARKETS, LLC; MURIEL SIEBERT & CO., INC.; CABRERA CAPITAL MARKETS, LLC; BMO CAPITAL MARKETS CORP.; CASTLEOAK SECURITIES, L.P.; LAZARD CAPITAL MARKETS LLC; PACIFIC CREST SECURITIES LLC; LOOP CAPITAL MARKETS LLC; ITAU BBA USA SECURITIES , INC.; WILLIAM BLAIR & FACEBOOK (sic), L.L.C.; BLAYLOCK ROBERT VAN LLC; LEBENTHAL & CO. LLC; M.R. BEAL & FACEBOOK (sic); MACQUARIE CAPITAL (USA) INC.; PIPER JAFFRAY & CO.; COWEN AND FACEBOOK (sic), LLC; RAYMOND JAMES & ASSOCIATES, INC.; STIFEL, NICOLAUS & FACEBOOK (sic), INCORPORATED; C.L. KING & ASSOCIATES, INC.; SAMUEL A. RAMIREZ & FACEBOOK (sic), INC.; COWEN & FACEBOOK (sic), LLC; THE WILLIAMS CAPITAL GROUP, L.P.; and Does 1 through 100, inclusive,

Defendants.

Civil Action No. 3:12cv03202-MMC

*--caption continued on next page--*

JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 3:12cv03203-MMC

*--caption continued on next page--*

KAREN CUKER and BRIAN GRALNICK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 4:12cv03201-MMC

*--caption continued on next page--*

EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Civil Action No. 3:12cv03200-MMC

*--caption continued on next page--*

KEVEN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MORGAN STANLEY & CO. LLC,

Defendants.

Civil Action No. 3:12cv03353-MMC

THOMAS E NELSON, Individually and Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERS MAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, RSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC.,

Defendants.

Civil Action No. 4:12cv03418-MMC

**PLEASE TAKE NOTICE THAT** Motley Rice LLP has relocated its Los Angeles, California office. The new address and contact information for the firm's Los Angeles office is:

Motley Rice LLP
1801 Century Park East, #475
Los Angeles, CA 90067

Phone: (310) 552-7992; (310) 552-8109
Fax: (310) 552-8054

The email addresses remain the same.

/s/Mark I. Labaton
Mark I. Labaton

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2012.

By: *<u>/s/ Mark I. Labaton</u>*
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com