FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
PATRICK H. MORAN (270881)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

GREGORY M. NESPOLE
ROBERT B. WEINTRAUB
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

ADAM J. LEVITT
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312/984-0000
Facsimile: 312/984-0001

Attorneys for Plaintiffs

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SPATZ and SANJAY ISRANI, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,<br><br>                Defendants. | No. C-12-02662-MMC<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFFS MICHAEL SPATZ AND SANJAY ISRANI FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD COUNSEL**<br><br>DATE: August 31, 2012<br>TIME: 9:00 a.m.<br>CRTRM: 7<br>JUDGE: Hon. J. Chesney |

[Caption Continued on Next Page]

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

| | | |
|---|---|---|
| 1 | JEFF OFFNER, Individually and on Behalf of All Others Similarly Situated, | ) No. C-12-2666-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC., et al., | ) |
| 6 | Defendants. | ) |
| 7 | | |
| 8 | JAMES CHANG and SAMEER ANSARI, Individually and on Behalf of All Others Similarly Situated, | ) No. C-12-2680-MMC |
| 9 | | ) |
| 10 | Plaintiffs, | ) |
| 11 | v. | ) |
| 12 | FACEBOOK, INC., et al., | ) |
| 13 | Defendants. | ) |
| 14 | | |
| 15 | JOHN GREGORY, Individually and on Behalf of All Others Similarly Situated, | ) No. C-12-2815-MMC |
| 16 | Plaintiff, | ) |
| 17 | v. | ) |
| 18 | FACEBOOK, INC., et al., | ) |
| 19 | Defendants. | ) |
| 20 | | |
| 21 | HARVEY LAPIN, Individually and on Behalf of All others Similarly Situated, | ) No. C-12-3195-MMC |
| 22 | Plaintiff, | ) |
| 23 | v. | ) |
| 24 | FACEBOOK, INC., et al., | ) |
| 25 | Defendants. | ) |
| 26 | | |
| 27 | [Caption Continued on Next Page] | |
| 28 | | |

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

| | | |
|---|---|---|
| VERNON R. DeMOIS, JR., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3196-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| DARRYL LAZAR, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3199-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| EDWARD SHIERRY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3200-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| KAREN CUKER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3201-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |

[Caption Continued on Next Page]

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

| | | |
|---|---|---|
| MICHAEL LIEBER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3202-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JENNIFER STOKES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3212-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| THOMAS J. AHRENDTSEN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3353-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| KEVIN HICKS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. C-12-3353-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) | |

[Caption Continued on Next Page]

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

| | | |
|---|---|---|
| 1 | HAL HUBUSCHMAN, Individually and on Behalf of All Others Similarly Situated, ) | No. C-12-3366-MMC |
| 2 | ) ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | MARK ZUCKERBERG, et al., ) ) | |
| 6 | Defendants. ) ) | |
| 7 | | |
| 8 | WILLIAM COLE, Derivatively on Behalf of Nominal Defendant Facebook, Inc., ) ) | No. C-12-3367-MMC |
| 9 | Plaintiff, ) ) | |
| 10 | v. ) ) | |
| 11 | MARK ZUCKERBERG, et al., ) ) | |
| 12 | Defendants. ) ) | |
| 13 | | |
| 14 | YUNAE CHI, Individually and on Behalf of All Others Similarly Situated, ) ) | No. C-12-3498-MEJ |
| 15 | Plaintiff, ) ) | |
| 16 | v. ) ) | |
| 17 | MARK E. ZUCKERBERG, et al., ) ) | |
| 18 | Defendants. ) ) | |
| 19 | | |
| 20 | LIDIA LEVY, Derivatively on Behalf of Nominal Defendant Facebook, Inc., ) ) | No. C-12-3642-PJH |
| 21 | Plaintiff, ) ) | |
| 22 | v. ) ) | |
| 23 | MARK E. ZUCKERBERG, et al., ) ) | |
| 24 | Defendants. ) ) | |
| 25 | | |
| 26 | [Caption Continued on Next Page] | |
| 27 | | |
| 28 | | |

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

| | |
|---|---|
| MATTHEW PILGRAM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., et al.,<br><br>        Defendants. | No. C-12-3197-MMC |
| THOMAS E. NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | No. C-12-3418-MMC |

PLEASE TAKE NOTICE that Plaintiffs Michael Spatz and Sanjay Israni hereby withdraw their Motion for Consolidation of All Related Actions, Appointment as Lead Plaintiffs and for Approval of Lead Counsel. Messrs. Spatz and Israni have reviewed the motions submitted by the other lead plaintiff movants in the Facebook, Inc. securities actions filed in the United States District Courts for the Northern District of California and the Southern District of New York, and recognize that other movants have much larger combined losses with respect to being found by the Court to be the most suitable candidate for lead plaintiff to prosecute the Facebook securities class action matter.

Messrs. Spatz and Israni, individually and jointly, remain ready, willing, and able to serve as Lead Plaintiff in the Facebook securities actions should the Court decline to appoint another movant. This Withdrawal shall have no effect upon Messrs. Spatz and Israni's individual rights as members of the proposed class in the Facebook securities action, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: August 14, 2012

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

      /s/ Patrick H. Moran
PATRICK H. MORAN

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
GREGORY M. NESPOLE
ROBERT B. WEINTRAUB
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
ADAM J. LEVITT
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312/984-0000
Facsimile:   312/984-0001

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
431 Montgomery Ave. Suite B
Merion Station, PA 19066

Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

DECLARATION OF SERVICE

I, Kathryn Cabrera, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.    That on August 14, 2012, declarant served NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFFS MICHAEL SPATZ AND SANJAY ISRANI FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD COUNSEL via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3.    That on August 14, 2012, declarant served the parties who are not registered participants of the CM/ECF System via U.S. mail.

4.    That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August 2012, at San Diego, California.

_____
KATHRYN CABRERA

FACEBOOK:19047.notice

NOTICE OF WITHDRAWAL – CASE NO. C-12-02662-MMC

# Mailing Information for a Case 3:12-cv-02662-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Francis Basile**
  jbasile@kirkland.com,sfarley@kirkland.com,deanna.garrison@kirkland.com,alevin@kirkland.com

- **Brant W. Bishop**
  brant.bishop@kirkland.com

- **Mary K. Blasy**
  mblasy@scott-scott.com,tlaughlin@scott-scott.com,efile@scott-scott.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Elizabeth L. Deeley**
  edeeley@kirkland.com,sfarley@kirkland.com,janaya.guerrero@kirkland.com,alevin@kirkland.com

- **Andrew Ditchfield**
  andrew.ditchfield@davispolk.com

- **Facebook, Inc.**
  cindy@cooley.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Mark I. Labaton**
  mlabaton@motleyrice.com,pgioittazimmer@motleyrice.com,kmontenegro@motleyrice.com

- **Rosemary Farrales Luzon**
  rluzon@sfmslaw.com,pleadings@sfmslaw.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com

- **Patrick Hugh Moran**

    moran@whafh.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,angela.quach@dpw.com,felicia.yu@davispol

- **Rachele R. Rickert**
  rickert@whafh.com,weintraub@whafh.com,cabrera@whafh.com

- **James P. Rouhandeh**
  rouhandeh@davispolk.com

- **Shane Palmesano Sanders**
  ssanders@robbinsumeda.com,athompson@robbinsumeda.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David              P. Abel
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Charles            S. Duggan
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

James              M. Hughes
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Gregory            M. Nespole
Wolf Haldenstein Adler Freeman&Herz LLP
270 Madison Avenue
New York, NY 10016

William            S. Norton
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Joseph             F. Rice
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Robert             B. Weintraub
Wolf Haldenstein Adler Freeman & Herz LLP
```

270 Madison Avenue
New York, NY 10016