MOTLEY RICE LLP
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

MOTLEY RICE LLC
Joseph F. Rice
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*[Proposed] Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*--caption continued on next page--*

| | |
|---|---|
| 1 | |
| 2 | MICHAEL SPATZ and SANJAY ISRANI, on behalf of themselves and all others similarly situated, |
| 3 | |
| 4 | Plaintiff, |
| 5 | v. |
| 6 | FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. |
| 7 | SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. |
| 8 | BREYER, DONALD E. GRAHAM, REED |
| 9 | HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN |
| 10 | SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER |
| 11 | & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, |
| 12 | CITIGROUP GLOBAL MARKETS INC., |
| 13 | CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC |
| 14 | CAPITAL MARKETS, LLC, and WELLS |
| 15 | FARGO SECURITIES, LLC, |
| 16 | Defendants. |

Civil Action No. 3:12cv02662-MMC

**CLASS ACTION**

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF KBC AND GERS MOTION FOR LEAD PLAINITFF**

17   *--caption continued on next page--*

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | JEFF OFFNER, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 3:12cv02666-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 6 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 7 | ERSKINE B. BOWLES, JAMES W. BRYER, DONALD E. GRAHAM, REED HASTINGS, | ) |
| 8 | PETER A. THIEL, MORGAN STANDLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, | ) |
| 9 | GOLDMAN, SACHS & CO., MERRILL | ) |
| 10 | LYNCH PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS | ) |
| 11 | CAPITAL INC., | ) |
| 12 | Defendants. | ) |
| 13 | | ) |
| 14 | JAMES CHANG and SAMEER ANSARI, Individually and on Behalf of All Others | ) Civil Action No. 3:12cv02680-MMC |
| 15 | Similarly Situated, | ) |
| 16 | Plaintiffs, | ) |
| 17 | v. | ) |
| 18 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 19 | DAVID A. EBERSMAN, DAVID M. | ) |
| 20 | SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. | ) |
| 21 | BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN | ) |
| 22 | STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & | ) |
| 23 | CO., MERRILL LYNCH, PIERCE, FENNER | ) |
| 24 | & SMITH INCORPORATED and BARCLAYS CAPITAL INC., | ) |
| 25 | Defendants. | ) |
| 26 | | ) |
| 27 | --caption continued on next page-- | |
| 28 | | |

| | | |
|---|---|---|
| 1 | JOHN GREGORY, on behalf of himself and all others similarly situated, | )  Civil Action No. 5:12cv02815-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC.; MARK ZUCKERBERG; | ) |
| 6 | DAVID A. EBERSMAN; SHERYL K. SANDBERG; DAVID M. SPILLANE; MARC | ) |
| 7 | L. ANDREESEN; ERSKINE B. BOWLES; JAMES W. BREYER; DONALD E. | ) |
| 8 | GRAHAM; REED HASTINGS; PETER A. THIEL; MORGAN STANLEY & CO. LLC; | ) |
| 9 | J.P. MORGAN SECURITIES LLC; | ) |
| 10 | GOLDMAN, SACHS & CO.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; | ) |
| 11 | and  BARCLAYS CAPITAL INC., | ) |
| 12 | Defendants. | ) |
| 13 | | ) |

| | | |
|---|---|---|
| 13 | VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated, | )  Civil Action No. 5:12cv03196-MMC |
| 14 | | ) |
| 15 | Plaintiff, | ) |
| 16 | v. | ) |
| 17 | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 18 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 19 | ERSKINE B. BOWLES, JAMES W. BREYER, DONADL E. GRAHAM, REED | ) |
| 20 | HASTINGS, PETER A. THIEL, AND MORGAN STANLEY & CO. LLC., | ) |
| 21 | | ) |
| 22 | Defendants. | ) |
| 23 | --caption continued on next page-- | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | MATTHEW PILGRIM, Individually and On Behalf of All Others Similarly Situated, ) | Civil Action No. 3:12cv03197-MMC |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, ) | |
| 6 | DAVID E. (sic) EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ) | |
| 7 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED ) | |
| 8 | HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS ) | |
| 9 | & CO., BARCLAYS CAPITAL INC., ALLEN ) | |
| 10 | & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE ) | |
| 11 | SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL ) | |
| 12 | MARKETS LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS ) | |
| 13 | CORP., C.L. KING & ASSOCIATES, INC., ) | |
| 14 | CABRERA CAPITAL MARTKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN ) | |
| 15 | AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA ) | |
| 16 | SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, ) | |
| 17 | LOOP CAPITAL MARKETS LLC, M.R. ) | |
| 18 | BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & ) | |
| 19 | CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER ) | |
| 20 | JAFFRAY & CO., RAYMOND JAMES & ) | |
| 21 | ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, ) | |
| 22 | NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS ) | |
| 23 | CAPITAL GROUP, L.P., AND WILLIAM BLAIR & COMPANY, L.L.C., ) | |
| 24 | ) | |
| 25 | Defendants. ) | |
| 26 | --caption continued on next page-- | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILLY LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Civil Action No. 4:12cv03195-MMC |

--caption continued on next page--

1

2   THOMAS J. AHRENDTSEN, and AARON          )   Civil Action No. 3:12cv03212-MMC
    M. LEVINE, Individually, and on behalf of all  )
3   others similarly situated,                        )
                                                       )
4                    Plaintiff,                       )
                                                       )
5        v.                                            )
                                                       )
6   FACEBOOK, INC., MARK ZUCKERBERG,        )
7   DAVID A. EBERSMAN, DAVID M.             )
    SPILLANE, MARC L. ANDREESSEN,           )
8   ERSKINE B. BOWLES, JAMES W.             )
    BREYER, DONALD E. GRAHAM, REED          )
9   HASTINGS, PETER A. THIEL, MORGAN        )
10  STANLEY 7 CO, LLC, J.P. MORGAN          )
    SECURITIES LLC, GOLDMAN SACHS &         )
11  CO., MERRILL LYNCH, PIERCE FENNER       )
    & SMITH INCORPORATED and                )
12  BARCLAYS CAPITAL, INC.,                 )
                                                       )
13                   Defendants.                      )
                                                       )
14                                                     )

    --caption continued on next page--

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DARRYL LAZAR, Individually and On Behalf of All Others Similarly Situated | ) ) Civil Action No. 3:12cv03199-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) ) |
| 4 | v. | ) ) |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, | ) ) |
| 6 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) ) |
| 7 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED | ) ) |
| 8 | HASTINGS, PETER A. THIEL, MORGAN STNALEY & CO. LLC, J.P. MORGAN | ) ) |
| 9 | SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER | ) ) |
| 10 | & SMITH INCORPORATED, BARCLAYS | ) ) |
| 11 | CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., | ) ) |
| 12 | CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC | ) ) |
| 13 | CAPITAL MARKETS, LLC, BLAYLOCK | ) ) |
| 14 | ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & | ) ) |
| 15 | ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK | ) ) |
| 16 | SECURITIES, L.P., COWEN AND | ) ) |
| 17 | COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., | ) ) |
| 18 | LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL | ) ) |
| 19 | MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., | ) ) |
| 20 | MURIEL SIEBRET & CO., INC., | ) ) |
| 21 | OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY | ) ) |
| 22 | & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. | ) ) |
| 23 | RAMIREZ & COMPANY, INC., STIFEL, | ) ) |
| 24 | NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS | ) ) |
| 25 | CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | ) ) |
| 26 | | ) ) |
| 27 | Defendants. | ) ) |
| 28 | --caption continued on next page-- | |

Reply Memorandum In Further Support of KBC and GERS Motion for Lead Plaintiff

1   ELBITA ALFONSO, on behalf of herself and   )
2   all others similarly situated,   )   Civil Action No. 4:12cv03198-MMC
                                      )
3                 Plaintiff,   )
                               )
4        v.   )
              )
5   FACEBOOK, INC., MARK ZUCKERBERG,   )
6   DAVID A. EBERSMAN, DAVID M.   )
    SPILLANE, MARC L. ANDREESSEN,   )
7   ERSKINE B. BOWLES, JAMES W.   )
    BREYER, DONALD E. GRAHAM, REED   )
8   HASTINGS, PETER A. THIEL, MORGAN   )
    STANLEY & CO. LLC, J.P. MORGAN   )
9   SECURITIES LLC, GOLDMAN, SACHS &   )
10  CO., MERRILL LYNCH, PIERCE, FENNER   )
    & SMITH INCORPORATED, BARCLAYS   )
11  CAPITAL INC., ALLEN & COMPANY LLC,   )
    CITIGROUP GLOBAL MARKETS INC.,   )
12  CREDIT SUISSE SECURITIES (USA) LLC,   )
13  DEUTSCHE BANK SECURITIES INC., RBC   )
    CAPITAL MARKETS, LLC, and WELLS   )
14  FARGO SECURITIES, LLC,   )
                            )
15                Defendants.   )
                               )
16  --caption continued on next page--

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | MICHAEL LIEBER, individually, and on behalf of other members of the general public similarly situated, | )  Civil Action No. 3:12cv03202-MMC |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | FACEBOOK, INC.; MARK ZUCKERBURG (sic); DONALD E. GRAHAM; DAVID A. EBERSMAN; JAMES W. BREYER; DAVID M. SPILLANE; PETER A. THIEL; MARC L. ANDREESSEN; REED HASTINGS; ERSKINE B. BOWLES; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO; MERRILL LYNCH; E*TRADE SECURITIES LLC; OPPENHEIMER & CO., INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; PIERCE, FENNER & SMITH INCORPORATED; ALLEN & FACEBOOK (sic) LLC; DEUTSCHE BANK SECURITIES INC.; RBC CAPITAL MARKETS, LLC; MURIEL SIEBERT & CO., INC.; CABRERA CAPITAL MARKETS, LLC; BMO CAPITAL MARKETS CORP.; CASTLEOAK SECURITIES, L.P.; LAZARD CAPITAL MARKETS LLC; PACIFIC CREST SECURITIES LLC; LOOP CAPITAL MARKETS LLC; ITAU BBA USA SECURITIES , INC.; WILLIAM BLAIR & FACEBOOK (sic), L.L.C.; BLAYLOCK ROBERT VAN LLC; LEBENTHAL & CO. LLC; M.R. BEAL & FACEBOOK (sic); MACQUARIE CAPITAL (USA) INC.; PIPER JAFFRAY & CO.; COWEN AND FACEBOOK (sic), LLC; RAYMOND JAMES & ASSOCIATES, INC.; STIFEL, NICOLAUS & FACEBOOK (sic), INCORPORATED; C.L. KING & ASSOCIATES, INC.; SAMUEL A. RAMIREZ & FACEBOOK (sic), INC.; COWEN & FACEBOOK (sic), LLC; THE WILLIAMS CAPITAL GROUP, L.P.; and Does 1 through 100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | ) |
| 28 | | )  --caption continued on next page-- |

|  |  |
|---|---|
| 1   JENNIFER STOKES, Individually and On<br>2   Behalf of All Others Similarly Situated,<br><br>3          Plaintiff,<br><br>4       v.<br><br>5   FACEBOOK, INC., MARK ZUCKERBERG,<br>6   DAVID A. EBERSMAN, DAVID M.<br>    SPILLANE, MARC L. ANDREESSEN,<br>7   ERSKINE B. BOWLES, JAMES W.<br>    BREYER, DONALD E. GRAHAM, REED<br>8   HASTINGS, PETER A. THIEL, MORGAN<br>    STANLEY & CO. LLC, J.P. MORGAN<br>9   SECURITIES LLC, GOLDMAN, SACHS &<br>10   CO., MERRILL LYNCH, PIERCE, FENNER .<br>     & SMITH INCORPORATED, BARCLAYS<br>11   CAPITAL INC., ALLEN & COMPANY LLC,<br>     CITIGROUP GLOBAL MARKETS INC.,<br>12   CREDIT SUISSE SECURITIES (USA) LLC,<br>13   DEUTSCHE BANK SECURITIES INC., RBC<br>     CAPITAL MARKETS, LLC, BLAYLOCK<br>14   ROBERT VAN LLC, BMO CAPITAL<br>     MARKETS CORP., C.L. KING &<br>15   ASSOCIATES, INC., CABRERA CAPITAL<br>16   MARKETS, LLC, CASTLEOAK<br>     SECURITIES, L.P., COWEN AND<br>17   COMPANY, LLC., E*TRADE SECURITIES<br>     LLC, ITAÚ BBA USA SECURITIES, INC.,<br>18   LAZARD CAPITAL MARKETS LLC,<br>19   LEBENTHAL & CO., LLC, LOOP CAPITAL<br>     MARKETS LLC, M.R. BEAL & COMPANY,<br>20   MACQUARIE CAPITAL (USA) INC.,<br>     MURIEL SIEBERT & CO., INC.,<br>21   OPPENHEIMER & CO. INC., PACIFIC<br>     CREST SECURITIES LLC, PIPER JAFFRAY<br>22   & CO., RAYMOND JAMES &<br>     ASSOCIATES, INC., SAMUEL A.<br>23   RAMIREZ & COMPANY, INC., STIFEL,<br>24   NICOLAUS & COMPANY,<br>     INCORPORATED, THE WILLIAMS<br>25   CAPITAL GROUP, L.P., and WILLIAM<br>     BLAIR & COMPANY, L.L.C.,<br>26<br>27          Defendants.<br>28 | )<br>)  Civil Action No. 3:12cv03203-MMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  *--caption continued on next page--* |

| | | |
|---|---|---|
| 1 | KAREN CUKER and BRIAN GRALNICK, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 4:12cv03201-MMC |
| 2 | | ) |
| 3 | | ) |
| | Plaintiff, | ) |
| 4 | | ) |
| | v. | ) |
| 5 | | ) |
| | FACEBOOK, INC., MARK ZUCKERBERG, | ) |
| 6 | DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, | ) |
| 7 | ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED | ) |
| 8 | HASTINGS, PETER A. THIEL, MORGAN | ) |
| 9 | STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & | ) |
| 10 | CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS | ) |
| 11 | CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., | ) |
| 12 | CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC | ) |
| 13 | CAPITAL MARKETS, LLC, WELLS | ) |
| 14 | FARGO SECURITIES, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL | ) |
| 15 | MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL | ) |
| 16 | MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND | ) |
| 17 | COMPANY, LLC., E*TRADE SECURITIES | ) |
| 18 | LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, | ) |
| 19 | LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, | ) |
| 20 | MACQUARIE CAPITAL (USA) INC., | ) |
| 21 | MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC | ) |
| 22 | CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & | ) |
| 23 | ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, | ) |
| 24 | NICOLAUS & COMPANY, | ) |
| 25 | INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM | ) |
| 26 | BLAIR & COMPANY, L.L.C., | ) |
| 27 | Defendants. | ) |
| 28 | | ) --*caption continued on next page*-- |

| | | |
|---|---|---|
| 1 | EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) Civil Action No. 3:12cv03200-MMC |
| 2 | Plaintiff, | ) ) |
| 3 | | ) |
| 4 | v. | ) ) |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, DAVID E. (sic) EBERSMAN, DAVID M. | ) ) |
| 6 | SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. | ) ) |
| 7 | BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN | ) ) |
| 8 | STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN | ) ) |
| 9 | & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE | ) ) |
| 10 | SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL | ) ) |
| 11 | MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS | ) ) |
| 12 | CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, | ) ) |
| 13 | CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE | ) ) |
| 14 | SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL | ) ) |
| 15 | MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. | ) ) |
| 16 | BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & | ) ) |
| 17 | CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER | ) ) |
| 18 | JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. | ) ) |
| 19 | RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, | ) ) |
| 20 | INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM | ) ) |
| 21 | BLAIR & COMPANY, L.L.C., | ) ) |
| 22 | Defendants. | ) ) |
| 23 | | ) |
| 24 | --caption continued on next page-- | |

| | |
|---|---|
| KEVEN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Civil Action No. 3:12cv03353-MMC |
| THOMAS E NELSON, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERS MAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, RSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC.,<br><br>Defendants. | Civil Action No. 4:12cv03418-MMC |

## PRELIMINARY STATEMENT

KBC Asset Management NV ("KBC") and Employees' Retirement System of the Government of the Virgin Islands ("GERS") (collectively, the "Institutional Investors") respectfully submit this memorandum of law in further support of their motion for lead plaintiff, and in opposition to the competing motions, in the above captioned actions against Facebook, Inc. ("Facebook"), certain of its executives and board members, and its underwriters for violations of the Securities Act of 1933.

On July 23, 2012, the Institutional Investors filed a motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act (the "PSLRA"). 15 U.S.C. §77z-1(a)(3)((B)(iii)(I)(bb).  Two other movants claimed greater financial interests than the Institutional Investors: (1) North Carolina Retirement System ("NCRS"), Banyan Capital Master Fund (the "Banyan Fund"), Arkansas Teachers Retirement System ("ATRS") and Fresno County Employees' Retirement Association ("FCERA") (collectively, the "Institutional Investor Group"); and (2) and Eiffel Tower Ventures, LLC ("Eiffel Tower"), The GAF Unit Trust and White Dune LLC (collectively, the "Personal Investment Funds").

On August 9, 2012, in consideration of these competing movants claimed losses, the Institutional Investors filed a response to the competing motions' for lead plaintiff.  In their response, the Institutional Investors acknowledged that they did not have the greatest financial interest, but stood ready willing and able to serve as lead plaintiff should the Court determine that the applicant with the greatest financial interest is unable to satisfy the requirements pursuant to the PSLRA.  On the same day, the Institutional Investor Group and the Personal Investment Funds filed their respective responses in opposition to the competing motions for lead plaintiff.

In their responses, the Institutional Investor Group and Personal Investment Funds each provide compelling evidence as to why neither of them should be appointed as lead plaintiff. Specifically, these movants' submissions disclose a host of substantial typicality and adequacy defenses that threaten to prevent either movant from serving as an effective lead plaintiff. In view of the defects afflicting the Institutional Investor Group's and Personal Investment Funds' motions, the Institutional Investors are the *only* movant group with the necessary financial interest **and** which "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §77z-1(a)(3)((B)(iii)(I)(bb)-(cc). Therefore, as the presumptively "most adequate plaintiff," the Institutional Investors respectfully request that the Court appoint them to serve as lead plaintiff and approve their selection of lead counsel, Motley Rice LLC.

## ARGUMENT

### I. The Institutional Investor Group Fails to Satisfy the Typicality And Adequacy Requirements of Rule 23

Pursuant to the PSLRA, district courts are to presume that the applicant with the largest financial interest in the relief sought by the class, and which also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, is the "most adequate plaintiff." 15 U.S.C. §77z-1(a)(3)((B)(iii)(I)(bb)-(cc). The presumption of the most adequate lead plaintiff can only be rebutted "upon proof" that the members of the group are inadequate or atypical. U.S.C. § 77z-1(a)(3)(B)(iii)(II). Among the motions for lead plaintiff, the Institutional Investor Group claimed the greatest financial interest with a loss of approximately $7.2 million. However, in their opposition brief, the Personal Investment Funds provided strong evidence that the Institutional Investor Group would be an inadequate and atypical class representative. This evidence centers on "[c]onflicts of interest that pervade the Institutional Investor Group." ECF No. 118-1 at 2. Particularly, Janet Cowell ("Cowell"), trustee of movant NCRS, and NCRS "maintain significant personal and financial ties with one of the defendants in this case, Erskine

B. Bowles ("Bowles"). Bowles is not just a defendant in this case; he sits at the vortex of Defendants' misconduct." *Id.* The Personal Investment Funds explain in detail the personal and political connections among Cowell, NCRS, and Bowles. *Id.* at 2-4. As set forth in the Personal Investment Funds' opposition brief, the "sideshow" created by Cowell and NCRS's relationship with Bowles, precludes the Institutional Investor Group from being appointed lead plaintiff. *Id.* at 4.

The Personal Investment Funds have identified other problems effecting the Institutional Investor Group's qualifications to be appointed as lead plaintiff. Notably, the Banyan Fund ***only*** purchased Facebook stock "after it was already publically reported that Facebook altered its financial guidance during the [Initial Public Offering ("IPO")] road show – the core misrepresentation and omission from the IPO Offering Materials." *Id.* at 5. The Personal Investment Funds assert that "Defendants will argue that the Banyan Fund knew of the undisclosed information at the time of its purchases." *Id.* (citation omitted). The Banyan Fund's unique trading strategy renders it an atypical investor in Facebook's IPO.

The conflicts of interest raised by the Personal Investor Funds call into question the "due diligence" that ATRS and FCERA, the remaining Institutional Investor Group movants, declared to have undertaken in determining that NCRS and the Banyan Funds were suitable partners for this action. *See* ECF No. 85-3 at 5-6. ATRS' and FCERA's failure to uncover of these pivotal issues would prejudice the class if the Institutional Investor Funds were appointed as lead plaintiff and then found to be subject to unique defenses. *See In re BP, PLC Sec. Litig.*, 758 F.Supp. 2d 438, 438 (S.D. Tex. Dec. 28, 2010) (It is "particularly important at this early stage of the case to avoid prejudicing the claims of absent class members through the appointment of a lead plaintiff who cannot fully and fairly represent them.").

If the Court determines that the Institutional Investor Group is atypical or inadequate, the Personal Investment Funds become the presumptive lead plaintiff. The Personal Investment Funds, however, are also subject to unique defenses that preclude it from becoming the presumptive lead plaintiff, as argued in the Institutional Investor Group's opposition brief.

## II.     The Personal Investment Funds Fail to Satisfy The Typicality And Adequacy Requirement Of Rule 23

In its motion for lead plaintiff, the Personal Investment Funds claimed the second greatest financial interest, a loss of more than $1.5 million. *See* ECF No. 71-1 at 30. However, in its opposition brief, the Institutional Investor Group provides evidence that renders the Personal Investment Funds atypical and inadequate. The primary support for the Personal Investment Funds' preclusion is its failure to provide evidence of their ability to represent the class:

> [The Personal Investment Funds have ] submitted **no evidence** explaining the identity or background of its members; where they are incorporated or do business; what types of entities comprise the group; the sophistication of its members; the means by which the group was formed; the relationships between the members of the group (or lack thereof); the relationships between the members of the group and their counsel; how its counsel was selected; or how the group would be able to oversee the litigation independent of counsel. Indeed, strikingly absent from the [Personal Investment] Funds' initial motion is any statement that its members are familiar with the duties with which they are charged under the PSLRA in representing a class of investors.

> ...

> Significantly, the Eiffel Tower Funds failed to submit a declaration explaining the formation and function of their group, or any evidence as to why the group members decided to seek joint appointment as Lead Plaintiff. See Varghese v. China Shenghuo Pharm. Holdings, Inc., 589 F. Supp. 2d 388, 392-94 (S.D.N.Y. 2008) (rejecting proposed lead plaintiff group that failed to provide "evidentiary support attesting to its ability to work together and oversee the litigation apart from its lawyers . . . how or why the group was formed, how its members will work together to manage the litigation, whether a pre-litigation relationship existed between its members . . . whether its members have ever communicated . . . or if they are even aware of each other's existence.").

ECF No. 119 at 9 (emphasis in original).

After detailing the Personal Investment Funds' failure to provide timely evidence to support their motion for lead plaintiff, the Institutional Investor Group explains that movant Eiffel Tower has a "defective" certification. *Id.* at 10 n 7. Further, the entity has no verifiable business or management structure to prove its ability to represent the class. If these significant defects lead the Court to determine that the Personal Investment Funds are atypical or inadequate, the Institutional Investors become, as discussed below, the presumptive lead plaintiff.

**III.    The Institutional Investors Have the Next Greatest Financial Interest *And* Satisfy The Typicality And Adequacy Requirements of Rule 23**

The Institutional Investors, KBC and GERS, have the greatest financial interest among competing movants for lead plaintiff after removing the Institutional Investor Group and the Personal Investment Funds. *See* ECF Nos. 74 at 1, 5; ECF No. 77-2. The opposition briefs of the Institution al Investor Group and the Personal Investment Funds, among others, acknowledge this fact. *See* e.g., ECF Nos. 119 at 2; ECF 118 at 13). Moreover, no competing movant for lead plaintiff has provided proof that would rebut this presumption.

Furthermore, the Institutional Investors have provided evidence that, individually and as a group, they satisfy the typicality and adequacy requirements of Rule 23 and all other requirements pursuant to the PSLRA. *See* ECF No. 74 at 6-7. The Institutional Investors purchased a substantial amount of Facebook stock in the IPO and on the secondary market during the class period. As a result, the Institutional Investors' claims arise from the same factual predicate as the absent class members. Moreover, the Institutional Investors are a small, cohesive group of sophisticated institutional investors that have selected to oversee the same proposed lead counsel. The Institutional Investors' experience as fiduciaries of their beneficiaries' assets and as class representatives, as well as their desire to obtain the greatest recovery for the class, caused the Institutional Investors jointly to seek lead plaintiff.

## IV.     The Remaining Motions Should Be Denied

The remaining motions, made on behalf of movants whose losses do not represent the greatest financial interest, should be denied because they do not satisfy the PSLRA's criteria for being appointed as lead plaintiff.

**CONCLUSION**

The Institutional Investor Group and the Personal Investor Funds are either atypical and/or inadequate. Accordingly, the Court should deny their motions for appointment as lead plaintiff. The Institutional Investors have the next greatest financial interest, and there are no grounds to challenge the Institutional Investors' typicality, adequacy or other PSLRA requirements. Therefore, the Court should grant the Institutional Investors' motion for appointment as lead plaintiff and approve their selection of counsel, Motley Rice LLC.

DATED: August 20, 2012                              *Respectfully submitted,*

                                                    *s/ Mark I. Labaton*
                                                    Mark I. Labaton (Bar No. 159555)
                                                    mlabaton@motleyrice.com
                                                    **MOTLEY RICE LLP**
                                                    1801 Century Park East, Suite 475
                                                    Los Angeles, CA 90067
                                                    Telephone: (310) 552-7992
                                                    Facsimile: (310) 552-8054


                                                    Joseph F. Rice
                                                    jrice@motleyrice.com
                                                    James M. Hughes
                                                    jhughes@motleyrice.com
                                                    William S. Norton
                                                    bnorton@motleyrice.com
                                                    David P. Abel
                                                    dabel@motleyrice.com
                                                    **MOTLEYRICE LLC**
                                                    28 Bridgeside Blvd.
                                                    Mount Pleasant, SC 29464
                                                    Telephone: (843) 216-9000
                                                    Facsimile: (843) 216-9450

                                                    *[Proposed] Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2012.

By:   */s/ Mark I. Labaton*
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com