ROBBINS GELLER RUDMAN
  & DOWD LLP
TRIG R. SMITH (237399)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tsmith@rgrdlaw.com
dmyers@rgrdlaw.com
        – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPATZ, et al., on Behalf of Themselves and All Others Similarly Situated, | No. 3:12-cv-02662-MMC |
| Plaintiffs, | CLASS ACTION |
| vs. | DATE:  October 26, 2012<br>TIME:  10:30 a.m.<br>CTRM:  7 |
| FACEBOOK, INC., et al., | |
| Defendants. | |

NOTICE OF FILING OF REPLY IN RELATED ACTION

751735_1

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD |
| 2 | Attached hereto is the Reply Memorandum of Law and accompanying Joint Declaration and exhibits filed today on behalf of Eiffel Tower Ventures, LLC, The GAF Unit Trust and White Dune LLC in the related actions pending in the U.S. District Court for the Southern District of New York. |

DATED: August 20, 2012                     Respectfully submitted,

                                              ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                              TRIG R. SMITH
                                              DANIELLE S. MYERS

                                                            s/ Danielle S. Myers
                                                         DANIELLE S. MYERS

                                              655 West Broadway, Suite 1900
                                              San Diego, CA  92101
                                              Telephone:  619/231-1058
                                              619/231-7423 (fax)

                                              ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                              SAMUEL H. RUDMAN
                                              DAVID A. ROSENFELD
                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone:  631/367-7100
                                              631/367-1173 (fax)

                                              [Proposed] Lead Counsel for Plaintiffs

                                              CRIDEN & LOVE, P.A.
                                              MICHAEL E. CRIDEN
                                              7301 SW 57th Court, Suite 515
                                              South Miami, FL  33143
                                              Telephone:  305/357-9000
                                              305-357-9050 (fax)

                                              Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at:  http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20, 2012.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

751735_1

## Mailing Information for a Case 3:12-cv-02662-MMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Francis Basile**
  jbasile@kirkland.com,sfarley@kirkland.com,deanna.garrison@kirkland.com,alevin@kirkland.com

- **Brant W. Bishop**
  brant.bishop@kirkland.com

- **Mary K. Blasy**
  mblasy@scott-scott.com,tlaughlin@scott-scott.com,efile@scott-scott.com

- **Andrew B. Clubok**
  andrew.clubok@kirkland.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Elizabeth L. Deeley**
  edeeley@kirkland.com,sfarley@kirkland.com,janaya.guerrero@kirkland.com,alevin@kirkland.com,tiffany.lee@kirkland.com,phil.segal@kirkland.com

- **Andrew Ditchfield**
  andrew.ditchfield@davispolk.com

- **Facebook, Inc.**
  cindy@cooley.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Joy Ann Kruse**
  jakruse@lchb.com,slee@lchb.com

- **Mark I. Labaton**
  mlabaton@motleyrice.com,pgioittazimmer@motleyrice.com,kmontenegro@motleyrice.com

- **Rosemary Farrales Luzon**
  rluzon@sfmslaw.com,pleadings@sfmslaw.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com

- **Patrick Hugh Moran**
  moran@whafh.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,angela.quach@dpw.com,felicia.yu@davispolk.com

- **Rachele R. Rickert**
  rickert@whafh.com,weintraub@whafh.com,cabrera@whafh.com

- **James P. Rouhandeh**
  rouhandeh@davispolk.com

- **Shane Palmesano Sanders**
  ssanders@robbinsumeda.com,athompson@robbinsumeda.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David          P. Abel
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
```

**Charles S. Duggan**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**James M. Hughes**
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

**Gregory M. Nespole**
Wolf Haldenstein Adler Freeman&Herz LLP
270 Madison Avenue
New York, NY 10016

**William S. Norton**
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

**Joseph F. Rice**
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

**Robert B. Weintraub**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016