UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN ROFFE PROFIT SHARING PLAN, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>            Defendants. | Civil Action No. 1:12-cv-04081-RWS<br><br><u>CLASS ACTION</u> |
| MAREN TWINING, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>            Defendants. | Civil Action No. 1:12-cv-04099-RWS<br><br><u>CLASS ACTION</u> |
| GOLDRICH COUSINS P.C. 401(K) PROFIT SHARING PLAN & TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>            Defendants. | Civil Action No. 1:12-cv-04131-RWS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

**JOINT DECLARATION IN FURTHER SUPPORT OF EIFFEL TOWER VENTURES, LLC, THE GAF UNIT TRUST AND WHITE DUNE LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

| | |
|---|---|
| IRVING S. BRAUN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:12-cv-04150-RWS<br><br><u>CLASS ACTION</u> |
| ALEXIS ALEXANDER, as custodian for Chloe Sophie Alexander, et al., Individually, on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:12-cv-04157-RWS<br><br><u>CLASS ACTION</u> |
| DOUGLAS M. LIGHTMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:12-cv-04184-RWS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| KATHY REICHENBAUM, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:12-cv-04194-RWS<br><br>CLASS ACTION |
| JUSTIN F. LAZARD, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:12-cv-04252-RWS<br><br>CLASS ACTION |
| SYLVIA GREGORCZYK, On Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>  Defendants. | Civil Action No. 1:12-cv-04291-RWS<br><br>CLASS ACTION |

[Caption continued on following page.]

```
─────────────────────────────────── x
PETER BRINCKERHOFF, Individually and    :   Civil Action No. 1:12-cv-04312-RWS
On Behalf of All Others Similarly Situated,
                                        :   CLASS ACTION
              Plaintiff,                :

       vs.                              :

FACEBOOK, INC., et al.,                 :

              Defendants.               :
                                        :
─────────────────────────────────
DAVID GOLDBERG, et al., Individually and :  Civil Action No. 1:12-cv-04332-RWS
On Behalf of All Others Similarly Situated,
                                        :   CLASS ACTION
              Plaintiffs,               :

       vs.                              :

FACEBOOK, INC., et al.,                 :

              Defendants.               :
                                        :
─────────────────────────────────
RICHARD P. EANNARINO, Individually and  :   Civil Action No. 1:12-cv-04360-RWS
On Behalf of All Others Similarly Situated,
                                        :   CLASS ACTION
              Plaintiff,                :

       vs.                              :

FACEBOOK, INC., et al.,                 :

              Defendants.               :
─────────────────────────────────── x
```

[Caption continued on following page.]

| | |
|---|---|
| ─────────────────────────────── x<br>PETER MAMULA, Individually and On<br>Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　　　　Defendants.<br>─────────────────────────────── | Civil Action No. 1:12-cv-04362-RWS<br><br>CLASS ACTION |
| ELLIOT LEITNER, Individually and On<br>Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:12-cv-04551-RWS<br><br>CLASS ACTION |
| HOWARD SAVITT, On Behalf of Himself<br>and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　　　　Defendants.<br>─────────────────────────────── x | Civil Action No. 1:12-cv-04648-RWS<br><br>CLASS ACTION |

[Caption continued on following page.]

| | |
|---|---|
| ─────────────────────────────── x<br>STEVE SEXTON, et al., Individually and On : <br>Behalf of All Others Similarly Situated,<br>  : <br>　　　　　　　　　　Plaintiffs, : <br>  : <br>　vs. : <br>  : <br>FACEBOOK, INC., et al., : <br>  : <br>　　　　　　　　　　Defendants. : <br>─────────────────────────────── : <br>ROBERT L. LOOMIS, et al., On Behalf of : <br>Themselves and All Others Similarly Situated, : <br>  : <br>　　　　　　　　　　Plaintiffs, : <br>  : <br>　vs. : <br>  : <br>FACEBOOK, INC., et al., : <br>  : <br>　　　　　　　　　　Defendants. : <br>─────────────────────────────── x | Civil Action No. 1:12-cv-04777-RWS<br><br>CLASS ACTION<br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:12-cv-05511-UA<br><br>CLASS ACTION |

We declare as follows:

1.  We submit this joint declaration in further support of the application of Eiffel Tower Ventures, LLC ("Eiffel Tower"), The GAF Unit Trust and White Dune LLC ("White Dune") (the "Personal Investment Funds") for appointment as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and in response to the concerns raised regarding the Personal Investment Funds' motion by one of the other lead plaintiff movants. Each of us has personal knowledge about the information in this Joint Declaration relating to the entity or entities with which we are individually associated.

2.  I, Ralph Romero, am employed by the law firm of Manley Law, PC, which serves as the manager of Eiffel Tower, an entity created for the purposes of making investments. I am authorized to act on behalf of Eiffel Tower in connection with this lawsuit and was authorized to seek appointment as lead plaintiff on its behalf. Eiffel Tower is not an institutional investor.

3.  I am aware that certain arguments were made concerning an AT Mathis, who is listed as a nominee of Eiffel Tower on the Nevada Secretary of State website. While Mr. Mathis's company was hired to file the necessary paperwork to form the corporate structure of Eiffel Tower, neither he nor his company have any role at Eiffel Tower and he certainly has no role in the management of Eiffel Tower. Mr. Mathis was also not involved in any way in Eiffel Tower's investment in Facebook and he will have no role in this lawsuit. His listing as nominee is nothing more than as a point of contact since he assisted with the formation of Eiffel Tower as a legal entity.

4.  I am also submitting a corrected certification (attached as Exhibit A) due to a typographical error that was made on Eiffel Tower's original certification which mistakenly had the title "Esq." typed in next to my name. At the time that I signed the certification, I did not notice that the word "Esq" had been included and would have stricken it had I noticed it.

5. I, Roger Frick, am one of two managers of White Dune, an entity created for the purpose of making investments. Together with my co-manager Thomas Narbel, I am authorized to act on behalf of White Dune, a non-institutional investor, in connection with this lawsuit and we were authorized to seek appointment as lead plaintiff on its behalf.

6. I, David Willis, am a director of Ambassador Trustees Limited, which is the trustee of The GAF Unit Trust, an entity created for the purpose of making investments and which is not an institutional investor. I am authorized to act on behalf of The GAF Unit Trust in connection with this lawsuit and was authorized to seek appointment as lead plaintiff on its behalf.

7. We are aware that the Personal Investment Funds did not have to seek appointment as lead plaintiff, either individually or jointly, to share in any potential recovery in this action. We understand our obligation under the PSLRA to act as a fiduciary to the class and believe that our combined sophistication and experiences will enable the Personal Investment Funds to vigorously represent the class's interests and that the class will benefit from their joint appointment as lead plaintiff.

8. We are committed to maximizing the net recovery for the class consistent with good faith advocacy and have strategized together and with counsel regarding this motion and this case. We will continue to direct counsel and actively oversee the prosecution of the action for the benefit of the class by, among other things, reviewing pleadings, conferring amongst ourselves, directing counsel and/or attending hearings as necessary.

9. We have conferred among ourselves to implement communication procedures to enable us to confer via phone and/or email on short notice to ensure that we are able to make timely decisions.

10. We believe that the law firm we selected as proposed lead counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), is highly experienced in the area of complex securities

class actions and will vigorously advocate on behalf of the class. Robbins Geller has committed to the Personal Investment Funds that Robbins Geller will devote substantial resources to obtaining the best possible recovery for the class. We are confident that, under our direction, Robbins Geller will litigate this action responsibly and efficiently in furtherance of the class's best interests.

I, Ralph Romero, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of August, 2012.

*[signature]*
EIFFEL TOWER VENTURES, LLC
By: Ralph Romero

I, Roger Frick, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of August, 2012.

*[signature]*
WHITE DUNE LLC
By: Roger Frick

I, David Willis, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 20 day of August, 2012.

*[signature]*
THE GAF UNIT TRUST
By: David Willis