## CERTIFICATION OF EIFFEL TOWER VENTURES, LLC

Eiffel Tower Ventures, LLC ("Plaintiff") declares that:

1. Plaintiff has reviewed the complaint regarding Facebook and has authorized its attorney to file a complaint on its behalf.

2. Plaintiff did not purchase any security, which is the subject of this action, at the direction of counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the security that is the subject of this action during the class period are as follows:

    a. on May 18, 2012, Plaintiff purchased 120,000 shares of Facebook common stock at $39.6292 per share;

5. During the three years prior to the date of this Certification, Plaintiff has not served, or sought to serve, as a representative party for any securities class actions.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

August 8, 2012

*[signature]*
RALPH ROMERO of Manley Law, PC,
Manager for and on behalf of
EIFFEL TOWER VENTURES, LLC