Timothy A. DeLange (Bar. No. 190768)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, California  92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
timothyd@blbglaw.com
  -and-
Gerald H. Silk *(pro hac vice pending)*
Ross Shikowitz *(pro hac vice pending)*
1285 Avenue of the Americas
New York, New York  10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
ross@blbglaw.com

Thomas A. Dubbs *(pro hac vice pending)*
Christopher J. Keller *(pro hac vice pending)*
Eric J. Belfi *(pro hac vice pending)*
Michael W. Stocker (Bar No. 179083)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
tdubbs@labaton.com
ckeller@labaton.com
ebelfi@labaton.com
mstocker@labaton.com

*Counsel for the Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

Darren J. Check
Sean M. Handler
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
dcheck@ktmc.com
shandler@ktm.com

*Additional Counsel for Banyan Capital Master Fund Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SPATZ and SANJAY ISRANI, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL | Case No.: C 12-2662 MMC<br><br>**REPLY DECLARATION OF TIMOTHY DeLANGE IN FURTHER SUPPORT OF THE MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS**<br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,<br><br>                     Defendants. | |
| JEFF OFFNER, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERS MAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BRYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANDLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS CAPITAL INC.,<br><br>                     Defendants. | Case No.: C 12-2666 MMC<br><br><br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |
| JAMES CHANG and SAMEER ANSARI, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>  vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL INC.,<br><br>                     Defendants. | Case No.: C 12-2680 MMC<br><br><br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| JOHN GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, SHERYL K. SANDBERG, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BARCLAYS CAPITAL INC.,<br><br>                    Defendants. | Case No.: C 12-2815 MMC<br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A, RAMIREZ & COMPANY, INC. STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, LLC,<br><br>                                    Defendants. | Case No.: C 12-3195 MMC<br><br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and MORGAN STANLEY & CO. LLC, <br><br> Defendants. | Case No.: C 12-3196 MMC <br><br><br><br><br> Hearing Date: To Be Determined <br> Time: 9:00 a.m. <br> Judge: Senior Judge Maxine M. Chesney <br> Courtroom: 7 |

| | |
|---|---|
| DARRYL LAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTTIAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC,. PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>　　　　　　　　　Defendants. | Case No.: C 12-3199 MMC<br><br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, NOTICE OF REMOVAL OF STATE DAVID E. *(sic)* EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT V AN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES, LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER& CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case No.: C 12-3200 MMC<br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| KAREN CUKER and BRIAN GRALNICK, Individually and On Behalf of All Others Similarly Situated, | Case No.: C 12-3201 MMC |
| Plaintiffs, | |
| vs. | |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, IT AU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |
| Defendants. | |

| | | |
|---|---|---|
| 1 | | |
| 2 | MICHAEL LIEBER, Individually and On Behalf of Other Members of the General Public Similarly Situated, | ) Case No.: C 12-3202 MMC ) ) |
| 3 | | ) ) |
| 4 | Plaintiff, | ) ) |
| | vs. | ) ) |
| 5 | | ) |
| 6 | FACEBOOK, INC.; MARK ZUCKERBURG *(sic)*; COURT ACTION DONALD E. GRAHAM; DAVID A. EBERSMAN; JAMES W. BREYER; DAVID M. SPILLANE; PETER A. THIEL; MARC L. ANDREESSEN; REED HASTINGS; ERSKINE B. BOWLES; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO; MERRILL LYNCH; E*TRADE SECURITIES LLC; OPPENHEIMER & CO., INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; PIERCE, FENNER & SMITH INCORPORATED; ALLEN & FACEBOOK *(sic)* LLC; DEUTSCHE BANK SECURITIES INC.; RBC CAPITAL MARKETS, LLC; MURIEL SIEBERT & CO., INC.; CABRERA CAPITAL MARKETS, LLC; BMO CAPITAL MARKETS CORP.; CASTLEOAK SECURITIES, L.P.; LAZARD CAPITAL MARKETS LLC; PACIFIC CREST SECURITIES LLC; LOOP CAPITAL MARKETS LLC; ITAU BBA USA SECURITIES, INC.; WILLIAM BLAIR & FACEBOOK *(sic)*, L.L.C.; BLAYLOCK ROBERT VAN LLC; LEBENTHAL & CO. LLC; M.R. BEAL & FACEBOOK *(sic)*; MACQUARIE CAPITAL (USA) INC.; PIPER JAFFRA Y & CO.; COWEN AND FACEBOOK *(sic)*, LLC; RAYMOND JAMES & ASSOCIATES, INC.; STIFEL, NICOLAUS & FACEBOOK *(sic)*, INCORPORATED; C.L. KING & ASSOCIATES, INC.; SAMUEL A. RAMIREZ & FACEBOOK *(sic)*, INC.; COWEN & FACEBOOK *(sic)*, LLC; THE WILLIAMS CAPITAL GROUP, L.P.; and Does 1 through 100, inclusive, | ) Hearing Date: To Be Determined ) Time: 9:00 a.m. ) Judge: Senior Judge Maxine M. Chesney ) Courtroom: 7 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | ) |
| | Defendants. | ) |
| 24 | | ) |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated, | Case No.: C 12-3203 MMC |
| Plaintiff, | |
| vs. | |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAU BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., OPPENHEIMER & CO. INC., PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC., SAMUEL A. RAMIREZ & COMPANY, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, THE WILLIAMS CAPITAL GROUP, L.P., and WILLIAM BLAIR & COMPANY, L.L.C., | Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |
| Defendants. | |

| | |
|---|---|
| THOMAS J. AHRENDTSEN and AARON M. LEVINE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC.,<br><br>　　　　　　　Defendants. | Case No.: C 12-3212 MMC<br><br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |
| KEVIN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC., MORGAN STANLEY & CO. LLC,<br><br>　　　　　　　Defendants. | Case No.: C 12-3353 MMC<br><br><br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

| | |
|---|---|
| THOMAS E. NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, RSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. TIUEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, and WELLS FARGO SECURITIES, LLC,<br><br>Defendants. | Case No.: C 12-3418 MMC<br><br>Hearing Date: To Be Determined<br>Time: 9:00 a.m.<br>Judge: Senior Judge Maxine M. Chesney<br>Courtroom: 7 |

I, Timothy A. DeLange, declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for the North Carolina Department of State Treasurer on behalf of the North Carolina Retirement Systems, Banyan Capital Master Fund Ltd., Arkansas Teacher Retirement System, and the Fresno County Employees' Retirement Association (collectively, the "Institutional Investor Group"). I submit this reply declaration in further support of the Motion of the Institutional Investor Group for Appointment as Lead Plaintiff, Approval of Its Selection of Co-Lead Counsel, and Consolidation of All Related Actions.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Declaration of Janet Cowell In Further Support of the Motion of the Institutional Investor Group for Appointment as Lead Plaintiff, Approval of its Selection of Co-Lead Counsel, and Consolidation of all Related Actions;

Exhibit B: Letter from Michael W. Stocker to Marc I. Gross and Joy A. Kruse (Aug. 20, 2012);

Exhibit C: E-mail from Patrick V. Dahlstrom to Michael W. Stocker (Aug. 20, 2012);

Exhibit D: *A1 Credit Co. v. RAIT Fin. Trust*, No. 2:07 cv-03148-LDD, slip op. (E.D. Pa. Oct. 25, 2007);

Exhibit E: Letter from Gerald H. Silk to Samuel H. Rudman (Aug. 13, 2012);

Exhibit F: Letter from Samuel H. Rudman to Gerald H. Silk (Aug. 16, 2012); and

Exhibit G: Washington State Bar Association Discipline Notice (Andrew Tobin Mathis), effective May 12, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of August, 2012.

                                             /s/ *Timothy A. DeLange*
                                             TIMOTHY A. DeLANGE