**Exhibit B**

# Labaton Sucharow

Michael W. Stocker
Partner
212 907 0882 direct
212 883 7082 fax
email mstocker@labaton.com

August 20, 2012

**VIA E-MAIL**

Marc I. Gross
Pomerantz Grossman Hufford Dahlstrom & Gross LLP
600 Third Avenue, 20th Floor
New York, New York  10016

Joy A. Kruse
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111

Re:    *Brian Roffe Profit Sharing Plan v. Facebook, Inc.*, No. 12-cv-04081 (RWS)

Dear Marc and Joy:

As you know, my firm, together with Bernstein Litowitz Berger & Grossmann LLP, represents the North Carolina Department of State Treasurer on behalf of the North Carolina Retirement Systems, Banyan Capital Master Fund Ltd., Arkansas Teacher Retirement System, and the Fresno County Employees' Retirement Association (collectively, the "Institutional Investor Group") in the above-referenced matter.  We write regarding concerns about your group of movants that have arisen in the course of preparing our reply memorandum in further support for our clients' appointment as Lead Plaintiff.

As noted in the brief we filed on August 9, 2012, your moving papers supplied little information about Mr. William H. Anhood or Jose and Mary Galvan, and no evidence of their cohesiveness or ability to prosecute the action.  Your opposition memorandum offered no additional information about these investors.

In the absence of any information about Mr. Anhood in your papers, we can rely only on public records to establish his history.  Public records identify only one William H. Anhood currently living in the United States.  A William H. Anhood was convicted and sentenced in 1990 to 40-month concurrent terms of imprisonment and a $250,000 fine following a guilty plea to eight counts of mail fraud in violation of 18 U.S.C. § 1341 related to a kick-back scheme involving hospitals.  *See United States v. Anhood*, No. 91-50020, 1992 WL 72908, at *1 (9th Cir. Apr. 13, 1992); *see also United States v. Anhood*, 90-cr-00445-TJH-1 (C.D. Cal.).  In 1996, Anhood's probation was apparently extended by two years and he was required to pay an additional $200,000 fine.  *See Anhood*, 90-cr-00445 (Dkt. No. 467).  According to the Social Security Death Index, there is no deceased William H. Anhood.



# Labaton Sucharow

Marc I. Gross and Joy A. Kruse
Pomerantz Grossman and Lieff, Cabraser
August 20, 2012
Page 2

If the William H. Anhood identified in the cases above is not your client, we would appreciate a response from you by 6:00pm EST today, Monday, August 20, 2012.

Respectfully,

Michael W. Stocker

cc:   Gerald H. Silk
      Sean M. Handler