# Exhibit C

**From:** Patrick Dahlstrom [mailto:pdahlstrom@pomlaw.com]
**Sent:** Monday, August 20, 2012 5:27 PM
**To:** Stocker, Michael W.
**Cc:** Marc Gross; Jeremy Lieberman; jakruse@lchb.com
**Subject:** Facebook: Question Regarding William H. Anhood

Mr. Stocker:

I have looked into the matter you raise in your letter to Marc Gross earlier today regarding William H. Anhood, but do not have a definite answer regarding the identification.  Unfortunately, various individual schedules this week have made it difficult for me to ascertain an accurate answer. Regardless, given the uncertainty and the need to file a Reply later this week, we have decided to withdraw Mr. Anhood from the motion for appointment as lead plaintiff.  We will file the appropriate documents in the next few days.

If you have any further questions regarding this matter, please do not hesitate to contact me.

Patrick Dahlstrom


Patrick V. Dahlstrom
Pomerantz Grossman Hufford Dahlstrom & Gross LLP
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com


```
This email and any attachments thereto, is intended only for use by the addres
```