# Exhibit G



Login

| WSBA.ORG Website | CLE ONLINE Store | MY Profile | MCLE Activities Search | LAWYER Directory |

Lawyer Directory  »  Discipline Notice Lawyer Profile

## Discipline Notice - Andrew Tobin Mathis

| **WSBA Bar#:** | 27090 | **Member Name:** | Andrew Tobin Mathis |
|---|---|---|---|
| **Action:** | Reprimand | **Effective Date:** | 05/12/2008 |
| **RPC:** | 8.4 (b) - Criminal Act | | |

**Discipline Notice:** Andrew T. Mathis (WSBA No. 27090, admitted 1997), of Kent, was ordered to receive a reprimand on May 12, 2008, following approval of a stipulation by a hearing officer. This discipline resulted from engaging in conduct that led to conviction of a misdemeanor under the Internal Revenue Code of 1986, as amended.

Mr. Mathis co-owned and operated Business Office Suite Services (BOSS), which provided business services such as bookkeeping functions, paralegal support, and office space to clients. Mr. Mathis mostly handled estate-planning matters, document preparation, powers of attorney, tax preparation, and setting up Limited Liability Corporations (LLCs). During the fiscal year ending March 31, 2004, BOSS failed to file an income-tax return. Mr. Mathis knew that he had to timely file BOSS's tax return and timely pay the income taxes due, and intentionally failed to do so. The amount of tax due was $54,667. BOSS initially did not file the tax return based on erroneous advice from accountants as to whether any taxes were owed. In 2005, the IRS began investigating BOSS in connection with its tax filing and reporting requirements. As a result of the IRS inquiry, BOSS hired a forensic accountant to reconstruct the company's financial records to determine if it had any tax liabilities during fiscal year 2004. The IRS was aware of this process, which took two years and extended past the IRS-imposed deadline. BOSS did not file the tax returns before the deadline because the directors were unsure of the amount due.

In November 2006, Mr. Mathis was charged with violating 26 U.S.C. § 7203, a misdemeanor. Mr. Mathis pleaded guilty in May 2007. He was placed on probation for three years and was required to report his conviction to the Association. The delinquent tax return has been filed, and all back taxes and penalties have been paid.

Mr. Mathis's conduct violated RPC 8.4(b), which prohibits a lawyer from committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects.

Joanne S. Abelson represented the Bar Association. Paige Davis represented Mr. Mathis.

**The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207.**

© 2012 Washington State Bar Association, all rights reserved.

| *my*WSBA | Lawyer Directory | MCLE | WSBA CLE | WSBA Sections |
|---|---|---|---|---|
| My Profile | Search Lawyer Directory | Access MCLE | Online Store | My Section Memberships |
| My Contact Info | | MCLE Activities Search | Seminar Calendar | Join a Section |
| My Practice Info | **Career Center** | | | |
| Change Password | Search Legal Jobs | | | **WSBA Committees** |
| Request Password | Job Seeker Resources | | | My Committees |