# Exhibit F

**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Samuel H. Rudman, Esq.
SRudman@rgrdlaw.com

August 16, 2012

<u>VIA EMAIL</u>

Gerald H. Silk, Esq.
Bernstein Litowitz
  Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

      Re:    *Brian Roffe Profit Sharing Plan v. Facebook, Inc.,* 12-cv-4081 (RWS) (S.D.N.Y.)
            and all related actions

Dear Jerry:

      As you know, the time for filing any opposition to our motion passed on August 9, one week ago. Thus, any new arguments that you wish to raise in your reply brief based on the questions in your letter from yesterday are untimely and inappropriate. However, to the extent that your letter seeks information regarding arguments timely raised in your opposition, our reply brief which will be filed on August 20 should address your concerns

Very truly yours,

SAMUEL H. RUDMAN

:

cc:    Christopher Keller, Esq.
         Sean M. Handler, Esq.