RECEIVED

AUG 16 2012

CLER... ...
NORTH... ...  FILING
... ... COURT
... OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michael Spatz, et al.

        Plaintiff,

v.

Facebook, Inc., et al.

        Defendant.

_____/

**CASE NO.** C 12-2662 MMC

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Sean M. Handler           , whose business address and telephone number is

Kessler Topaz Meltzer & Check, LLP,  280 King of Prussia Road, Radnor, PA 19087
Tel.: (610) 667-7706

and who is an active member in good standing of the bar of the State of New York and the Commonwealth of PA

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Banyan Capital Master Fund Ltd.(a member of the Institutional Investor Group).

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  August 22, 2012

                United States District Judge

United States District Court
For the Northern District of California